E-filing

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

— OFFENSE CHARGED —

VIOLATION: Title 18, United States Code, Section 641 - Theft of Government Property

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

Maximum Penalties: 10 years imprisonment; $250,000 fine; 3 years sup. release; $100 special assessment

— DEFENDANT - U.S.

▶ MARVIN NELSON,

FILED

JUN - 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DISTRICT COURT NUMBER

CR07-00364 CW

— DEFENDANT —

IS *NOT* IN CUSTODY

Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
United States Railroad Retirement Board (USRRB)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:       SHOW DOCKET NO.
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE
CASE NO.

IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges         ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   If "Yes" give date filed
☐ No

DATE OF ARREST ▶                     Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶        Month/Day/Year
TO U.S. CUSTODY

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)       ALICIA FENRICK, AUSA

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
* ☑ SUMMONS ☐ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
2537 Watson St., Castro Valley, CA 94546

*If Defendant does not self surrender, please issue summons 10 days from 6/7/07

Date/Time:

Before Judge:

Comments:

# United States District Court

FOR THE

**E-filing**

## NORTHERN DISTRICT OF CALIFORNIA
## CRIMINAL DIVISION

VENUE: **OAKLAND**

---

UNITED STATES OF AMERICA,

**V.**

MARVIN NELSON,

CR07-00364 CW

DEFENDANT.

---

# INDICTMENT

VIOLATION: Title 18, United States Code,
Section 641 - Theft of Government Property

---

A true bill.

_____ Foreman

Filed in open court this 7th day of
June, 2007

_____ Clerk

Bail $ Summons.    6-7-07

**E-filing**

SCOTT N. SCHOOLS (SC 9990)
United States Attorney

FILED

2007 JUN -7 PM 12: 35

RICHARD W. KING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR07-00364 CW |
| Plaintiff, | VIOLATION: Title 18, United States Code, Section 641 - Theft of Government Property |
| v. | |
| MARVIN NELSON, | |
| Defendant. | OAKLAND VENUE |

## INDICTMENT

The Grand Jury charges:

<u>COUNT ONE:</u>        (18 U.S.C. § 641 – Theft of Government Property)

On or about and between approximately February 1989 and January 2007, in the Northern District of California and elsewhere, the defendant,

MARVIN NELSON,

did knowingly embezzle, steal, purloin, and convert to his use money and things of value belonging to the United States and a department and agency thereof, namely, approximately $132,000 in United States Railroad Retirement Board benefits payable to Betty B. Nelson, and did receive, conceal, and retain such money and things of value with the intent to convert it to his

INDICTMENT

1    gain, knowing it to have been embezzled, stolen, purloined, and converted, all in violation of

2    Title 18, United States Code, Section 641.

3

4    DATED: June 7ᵗʰ, 2007                              A TRUE BILL.

5

6                                                       FOREPERSON

7    SCOTT N. SCHOOLS
     United States Attorney
8

9

10   W. DOUGLAS SPRAGUE
     Chief, Oakland Branch
11

12   (Approved as to form:                                    )
                                  ALICIA FENRICK
13                                Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     INDICTMENT