DOCUMENTS UNDER SEAL ☐

DOCUMENT NUMBER:

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK: Frances Stone for Ivy Garcia | REPORTER/FTR: FTR 6/21/07 12:22:06-12:31:24 |
|---|---|---|
| MAGISTRATE JUDGE: HON. WAYNE D. BRAZIL | DATE: 6/21/07 | NEW CASE ☐ | CASE NUMBER: CR-07-00364-CW |

## APPEARANCES

| DEFENDANT: MARVIN NELSON | AGE | CUST P/NP: No / P | ATTORNEY FOR DEFENDANT: Joyce Leavitt | PD. ☒ RET. ☐ APPT. ☐ |
|---|---|---|---|---|
| U.S. ATTORNEY: Alicia Fenrick | INTERPRETER: none | | ☒ FIN. AFFT SUBMITTED | ☒ COUNSEL APPT'D |
| PROBATION OFFICER: none | PRETRIAL SERVICES OFFICER: Silvio Lugo | | DEF ELIGIBLE FOR APPT'D COUNSEL ☒ | PARTIAL PAYMENT OF CJA FEES ☐ |

### PROCEEDINGS SCHEDULED TO OCCUR - (IF NOT HELD TYPE NH IN TIME FIELD)

| ☒ INITIAL APPEAR — time 4 min | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT — time 5 min | ☐ BOND SIGNING | ☐ IA REV PROB. or S/R | ☐ BAIL REVIEW |
| ☐ DETENTION HRG | ☐ ID/REMOVAL HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ SUP REL HRG |

### INITIAL APPEARANCE

☒ ADVISED OF RIGHTS 6/21/07 | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME:

**FILED JUN 21 2007**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### ARRAIGNMENT

☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT — Not Guilty Plea Entered | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED

### RELEASE

☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE:

PROPERTY TO BE POSTED: ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐

☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY

ORDER REMOVED TO THE DISTRICT OF

### PLEA

☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐
☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER:

### CONTINUANCE

TO: 6/27/07 | ☐ I.D. COUNSEL | ☐ BOND SIGNING | ☐ STATUS RE: CONSENT | ☒ STATUS/TRIALSET
AT: 2:30 PM | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR | ☐ CHANGE OF PLEA | ☐ BAIL REVIEW
BEFORE HON. CW | ☐ DETENTION HEARING | ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING
☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY/REMOVAL | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP.REL. REV. HEARING

### ADDITIONAL PROCEEDINGS

Court grants excludable time 6/21/07 to 6/27/07.

cc: WDB stats; Ivy; Sheilah/CW