UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 6/27/07

**Plaintiff:** United States

**v.**                                                **No.** CR-07-00364 CW

**Defendant:** Marvin Nelson (present)

**Appearances for Plaintiff:**
Alicia Fenrick

**Appearances for Defendant:**
Joyce Leavitt

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

**Hearing:  Trial Setting (initial app.)**

**Notes:**    This was the defendant initial appearance before District Judge.  Government is getting together discovery to given to defense.  Defense thinks matter will resolve by plea but needs discovery.  **Case continued to 8/15/07 at 2:30 p.m. for motions hearing or disposition or trial setting.**  Defense to notice any motions for 8/15/07.  Parties can put matter on Magistrate Judge's calendar with consent for change of plea if they want to advance the matter.  Time excluded for continuity of counsel and effective preparation.

Copies to: Chambers; WDB/Ivy