1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  CHINHAYI J. COLEMAN (CSBN 194542)
   Assistant United States Attorney
5
6         1301 Clay Street, Suite 340-S
          Oakland, CA 94612
          Telephone:  (510) 637-3924
7         FAX:  (510) 637-3724
          Email:  chinhayi.j.coleman@usdoj.gov
8
   Attorneys for the United States of America
9
10                       UNITED STATES DISTRICT COURT
11                      NORTHERN DISTRICT OF CALIFORNIA
12                              OAKLAND DIVISION
13
14  UNITED STATES OF AMERICA,          )    No. CR 07-00364 CW
                                       )
15         Plaintiff,                  )    NOTICE OF SUBSTITUTION OF
                                       )    COUNSEL FOR THE UNITED STATES
16     v.                              )
                                       )
17  MARVIN NELSON,                     )
                                       )
18         Defendant.                  )
                                       )
19

20        TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE

21  NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

22

23        PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of

24  Chinhayi J. Coleman, Assistant United States Attorney, and to withdraw the appearance of Alicia

25  Wiltz Fenrick, the Assistant United States Attorney who was formerly assigned to represent

26  Plaintiff United States of America in this case.  The Clerk is requested to change the docket sheet

27  and other Court records so as to reflect that all Orders and communications from the Court will

28  in the future be directed to AUSA Chinhayi J. Coleman at the above mailing address, telephone

SUBSTITUTION OF ATTORNEYS
CR 07-00364 CW

1  number, facsimile number and e-mail address.

2

3  DATED: August 14, 2007                    Respectfully submitted,

4                                            SCOTT N. SCHOOLS
                                             United States Attorney
5

6
                                             _____/s/_____
7                                            CHINHAYI J. COLEMAN
                                             Assistant United States Attorney
8

9  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

SUBSTITUTION OF ATTORNEYS
CR 07-00364 CW