UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Raynee Mercado
**Date:** 8/15/07

**Plaintiff:** United States

**v.**                                                   **No.** CR-07-00364 CW

**Defendant:** Marvin Nelson (present)

**Appearances for Plaintiff:**
Chinhayi Coleman

**Appearances for Defendant:**
Joyce Leavitt

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

    **Hearing:** Motions Hearing or Disposition or Trial Setting

**Notes:** Defense just received discovery yesterday and needs additional time to go over discovery with client. **Case continued to 9/5/07 at 2:30 p.m. for motions setting or disposition or trial setting.** Defense to know within two weeks if she will be filing motions; defense to file statement if she has no motions for 9/5. If filing motions, counsel can submit stipulation re briefing schedule and continue 9/5 date.

Copies to: Chambers