UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order


**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Diane Skillman
**Date:** 9/5/07

**Plaintiff:** United States

**v.**                                                        **No.** CR-07-00364 CW

**Defendant:** Marvin Nelson (present)


**Appearances for Plaintiff:**
Chinhayi Coleman

**Appearances for Defendant:**
Joyce Leavitt


**Speedy Trial Date:**


        **Hearing:** Motions Setting or Disposition or Trial Setting

**Notes:**   Defense does not have any motions to file.  Defense still discussing and trying to work out plea agreement with government; if plea agreement not reached, defendant will plea open.  **Case continued to 9/19/07 at 2:30 p.m. for change of plea.**   Time excluded for effective preparation.

Copies to: Chambers