BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant NELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-00364 CW |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER CONTINUING CHANGE OF |
| | ) | PLEA DATE AND EXCLUSION OF |
| | ) | TIME |
| MARVIN NELSON , | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of plea date in this case, currently set for Wednesday, September 19, 2007, before Honorable Judge Claudia Wilken may be continued two weeks to Wednesday, October 3, 2007, at 2:30 p.m. for change of plea. The parties are discussing the terms of the plea agreement and the various mitigating factors which might affect the government's sentencing recommendation. Additional investigation and research is needed in order for the parties to finalize the agreement. A continuance to October 3, 2007, at 2:30 p.m. will allow the parties time to complete the investigation and finalize the agreement. The parties stipulate that the time from September 19, 2007, to October 3, 2007,

1  should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§

2  3161(h)(8)(A) and (B)(iv) for continuity of counsel and for adequate preparation of counsel.

3  DATED: 9/18/07   _____
4  JOYCE LEAVITT    /S/
   Assistant Federal Public Defender

5  DATED: 9/18/07   _____
6  CHINHAYI COLEMAN    /S/
   Assistant United States Attorney

7
8  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

9

10  **ORDER**

11
12  GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date in this
13  case, currently scheduled for Wednesday, September 19, 2007, at 2:30 p.m. shall be continued to
14  Wednesday, October 3, 2007, at 2:30 p.m. for change of plea.

15  IT IS FURTHER ORDERED that the time from September 19, 2007 to October 3, 2007,
16  should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§
17  3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.  The Court finds that the ends of
18  justice served by the granting of the continuance outweigh the best interests of the public and the
19
20  defendant in a speedy and public trial and the failure to grant the requested continuance would
21  unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation,
22  taking into account due diligence.

23  SO ORDERED.

24  DATED:   _____
25  HONORABLE CLAUDIA WILKEN
    United States District Judge
26

*U.S. v. Nelson*, CR 07 00364 CW
STIP. CONTINUING CHANGE OF PLEA        - 2 -