1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant NELSON

6

7

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )
                                      )  No. CR 07-00364 CW
12              Plaintiff,            )
                                      )  STIPULATION AND ORDER
13       v.                           )  CONTINUING CHANGE OF PLEA
                                      )  DATE AND EXCLUSION OF TIME
14                                    )
                                      )
15 MARVIN NELSON ,                    )
                                      )
16              Defendant.            )

17     IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of

18 plea date in this case, currently set for Wednesday, September 19, 2007, before Honorable Judge

19

20 Claudia Wilken may be continued two weeks to Wednesday, October 3, 2007, at 2:30 p.m. for

21 change of plea.  The parties are discussing the terms of the plea agreement and the various

22 mitigating factors which might affect the government's sentencing recommendation.  Additional

23 investigation and research is needed in order for the parties to finalize the agreement.  A continuance

24 to October 3, 2007, at 2:30 p.m. will allow the parties time to complete the investigation and finalize

25 the agreement.  The parties stipulate that the time from September 19, 2007, to October 3, 2007,

26

*U.S. v. Nelson*, CR 07 00364 CW
STIP. CONTINUING CHANGE OF PLEA          - 1 -

should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for continuity of counsel and for adequate preparation of counsel.

DATED: 9/18/07

JOYCE LEAVITT    /S/
Assistant Federal Public Defender

DATED: 9/18/07

CHINHAYI COLEMAN    /S/
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date in this case, currently scheduled for Wednesday, September 19, 2007, at 2:30 p.m. shall be continued to Wednesday, October 3, 2007, at 2:30 p.m. for change of plea.

IT IS FURTHER ORDERED that the time from September 19, 2007 to October 3, 2007, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv) for adequate preparation of counsel.  The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial and the failure to grant the requested continuance would unreasonably deny the defendant's counsel the reasonable time necessary for effective preparation, taking into account due diligence.

SO ORDERED.

DATED:    9/19/07

HONORABLE CLAUDIA WILKEN
United States District Judge