UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Margo Gurule, pro tem
**Date:** 10/3/07

**Plaintiff:** United States

**v.**                                                          **No.** CR-07-00364 CW

**Defendant:** Marvin Nelson (present)

**Appearances for Plaintiff:**
Chinhayi Coleman

**Appearances for Defendant:**
Joyce Leavitt

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

                    **Hearing:   Change of Plea**

**Notes:**    Defense needs further investigation.  **Case continued to 10/10/07 at 2:30 p.m. for change of plea (open) or trial setting.**  Defense has no motions to file.  Time excluded for effective preparation.

Copies to: Chambers