UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order


**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Starr Wilson, pro tem**
**Date: 10/10/07**

**Plaintiff:** United States

**v.**                                                            **No.** CR-07-00364 CW

**Defendant:** Marvin Nelson (present)


**Appearances for Plaintiff:**
Chinhayi Coleman

**Appearances for Defendant:**
Joyce Leavitt

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**


        **Hearing:  Disposition or Trial Setting**

**Notes:**    Defense wants to file motion to dismiss and have government clarify what is actually being charged.  Defendant to file motion to dismiss today; opposition due 10/17/07; reply due 10/19/07.  **Hearing on motion set for 10/24/07 at 2:30 p.m.  Jury trial (4 days) set for 1/7/08 at 8:30 a.m.; Pretrial Conference set for 12/19/07 at 2:30 p.m.**  By mid-November, defense to disclose expert and government can retain expert by late November.  Time excluded between now and trial for effective preparation.

Copies to: Chambers,