UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: David Disbrow, pro tem**
**Date: 10/24/07**

**Plaintiff:** United States

**v.**                                                          **No.** CR-07-00364 CW

**Defendant:** Marvin Nelson (present)


**Appearances for Plaintiff:**
Chinhayi Coleman

**Appearances for Defendant:**
Joyce Leavitt

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**


Hearing:  Defendant's Motion to Dismiss

**Notes:**    Motion denied.  Government should chose best prong of 642 to proceed on and either strike one as surplusage or Court can instruct jury to find one or the other.  Government prefers jury be instructed to chose one or the other, but not both.  Court finds continuing offense.  **Case continued to 12/19/07 at 2:30 p.m. for pretrial conference.  Jury trial currently set for 1/7/08 at 8:30 a.m.**

Copies to: Chambers