1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for MARVIN NELSON
6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )    No. CR-07-00364 CW
                                      )
12                    Plaintiff,      )    DEFENDANT'S NOTICE OF INTENT TO
                                      )    INTRODUCE EXPERT EVIDENCE OF
13 vs.                                )    MENTAL CONDITION
                                      )
14 MARVIN NELSON,                     )
                                      )
15                    Defendant.      )
   _____)
16

17      As undersigned counsel indicated in court in pretrial proceedings in this case on October

18 10, 2007, and again on October 24, 2007, defendant Marvin Nelson intends to introduce at trial

19 expert mental-health evidence.  Mr. Nelson hereby gives written notice, pursuant to Rule 12.2(b)

20 of the Federal Rules of Criminal Procedure, that he intends to introduce at trial expert evidence

21 about his mental condition as it relates to the specific intent required for the charged offense.

   Dated:  November 1, 2007
22
                                      Respectfully submitted,
23
                                      BARRY J. PORTMAN
24                                    Federal Public Defender
                                               /S/
25
                                      JOYCE LEAVITT
26                                    Assistant Federal Public Defender

   U. S. v. Marvin Nelson, CR 07-00364 CW
   NOTICE RE: MENTAL CONDITION EVID.        1