1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant NELSON
5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR 07-00364 CW |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER CONTINUING TRIAL AND |
| ) | PRETRIAL CONFERENCE DATES; |
| ) | SETTING CHANGE OF PLEA DATE |
| MARVIN NELSON, ) | **AS MODIFIED** |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the trial date in this case, currently scheduled for January 7, 2008, before Honorable Claudia Wilken, may be continued to February 26, 2008 at 8:30 a.m. The parties further agree that the pretrial conference, currently scheduled for December 19, 2007 at 2:30 p.m., may be continued to February 6, 2008, at 2:30 p.m. The parties further agree that the case should be set before the Court on December 12, 2007, at 2:30 p.m. for change of plea or status.

The reason for the request is that counsel has retained a psychiatrist to evaluate Mr. Nelson and the process is still ongoing. The evaluation is necessary for effective preparation because the

*United States v. Nelson*, CR 07-00364 CW
Stip. to Cont. Trial; Setting Change of Plea         - 1 -

psychiatrist is evaluating Mr. Nelson's childhood history and other factors as they relate to his mental state at the time of the offense. The information is pertinent either at trial or at sentencing. Additional time is needed for the evaluation to be completed and considered by the government as it determines whether to retain its own expert. Therefore, the trial date should be continued to allow the evaluation to be completed and considered by the government.

Furthermore, the parties are discussing a disposition and it is anticipated that Mr. Nelson will change his plea. However, additional investigation and discussions are necessary in preparation for the change of plea. Therefore the parties are requesting that the case be set on the Court's calendar for December 12, 2007, at 2:30 p.m. for change of plea.

The parties stipulate that the time from January 7, 2008 to February 26, 2008, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (h)(4) for adequate preparation of counsel so that counsel can continue its investigation and Mr. Nelson's evaluation can be completed. In addition, defense counsel will be unavailable for two weeks in February, 2008 and so the Court can exclude time based upon continuity of counsel.

DATED: 12/03/07                     /S/
                                    _____
                                    JOYCE LEAVITT
                                    Assistant Federal Public Defender

DATED: 12/03/07                     /S/
                                    _____
                                    CHINHAYI COLEMAN
                                    Assistant United States Attorney

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the trial date in this case, currently scheduled for January 7, 2008, is continued to **February 25, 2008.** The pretrial conference, currently scheduled for December 19, 2007 at 2:30 p.m., is hereby continued to February 6, 2008, at 2:30 p.m. It is further ordered that the case be placed on the Court's calendar on December 12, 2007, at 2:30 p.m. for change of plea or status.

IT IS FURTHER ORDERED that the time from January 7, 2008 to **February 25, 2008**, is hereby excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (h)(4) for adequate preparation of counsel so that Mr. Nelson's psychiatric evaluation can be completed and defense counsel can continue its investigation in anticipation of a change of plea, as well as for continuity of counsel.

SO ORDERED.

DATED: 12/4/07

_____
HONORABLE CLAUDIA WILKEN
United States District Judge