1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant NELSON
5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )
                                     )   No. CR 07-00364 CW
12              Plaintiff,           )
                                     )   STIPULATION AND ORDER
13      v.                           )   CONTINUING CHANGE OF PLEA
                                     )   DATE
14                                   )
                                     )
15 MARVIN NELSON,                    )
                                     )
16              Defendant.           )

17

18
        IT IS HEREBY STIPULATED, by and between the parties to this action, that the change of
19
   plea date in this case, currently scheduled for December 12, 2007, at 2:30 p.m. should be continued
20
   to Tuesday, December 18, 2007 at 2:00 p.m. for change of plea.
21
        There is no need for a Speedy Trial exclusion because time already has been excluded to
22
   February 26, 2008 under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and (h)(4) for adequate
23
   preparation of counsel and continuity of counsel.
24

25

26

*United States v. Nelson*, CR 07-00364 CW
Stip to Continue Change of Plea                - 1 -

DATED: 12/12/07

/S/
_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: 12/12/07

/S/
_____
CHINHAYI COLEMAN
Assistant United States Attorney

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the change of plea date in this case, currently scheduled for December 12, 2007, at 2:30 p.m. may be continued to December 18, 2007, at 2:00 p.m. for change of plea or status.

SO ORDERED.

DATED:   12/12/07

_____
HONORABLE CLAUDIA WILKEN
United States District Judge