UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
DEC 1 8 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Raynee Mercado
**Date:** 12/18/07

**Plaintiff:** United States

**v.**                                                    **No.** CR-07-00364 CW

**Defendant:** Marvin Nelson (present)


**Appearances for Plaintiff:**
Chinhayi Coleman

**Appearances for Defendant:**
Joyce Leavitt

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**


Hearing:    Change of Plea

**Notes:**    Defendant enter under oath Rule 11(c)(1)(A) and (B) plea of guilty to the single count indictment charging theft of government property in violation of 18 USC 641. Plea Agreement filed. Court finds factual basis for plea; Court accepts plea. PSR requested. **Judgment and sentencing set for 3/26/08 at 2:30 p.m. Pretrial and trial dates vacated.**

Copies to: Chambers; probation