UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case Number __CR 07-00364 CW__

Defendant's Name __Marvin Nelson__

Defense Counsel __Joyce Leavitt AFPD__

Referral Date __12/18/07__

Sentencing Date __3/26/08 @ 2:30pm__

**NOTICE TO DEFENSE COUNSEL**

The Court has directed that a

__X__ Presentence Investigation

____ Pre-Plea Report

____ Bail Investigation

____ Bail Supervision

____ Postsentence Investigation

____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 220S,</u> **before leaving the Courthouse today** to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: __SHEILAH CAHILL__
Deputy Clerk

for use of Courtroom Deputies:

Is defendant in custody: __No__

Is defendant English-speaking? __Yes__

cc: U. S. Probation