# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
PROBATION OFFICE

YADOR J. HARRELL
*CHIEF U.S. PROBATION OFFICER*

Please reply to:
450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

February 25, 2008

FILED

FEB 2 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**MEMORANDUM**

The Honorable Wayne D. Brazil
United States Magistrate Judge

RE:  **NELSON, Marvin**
**Docket No. CR 07-0364-01 CW**

Your Honor:

The above defendant is scheduled for Judgment and Sentencing on March 26, 2008, at 2:30 p.m., before the Honorable Claudia Wilken. This date may be continued to a later date. The undersigned officer interviewed the defendant on February 13, 2008, and learned that he attempted suicide three weeks prior. Mr. Nelson is scheduled to see a mental health professional on April 1, 2008. Because of the seriousness of the defendant's suicide attempt, and the lack of expeditious services, it is respectfully requested that he be placed on U.S. Pretrial Services supervision, with a mental health treatment condition, until he is sentenced. It is respectfully requested that a hearing be scheduled before your Honor on February 29, 2008, at 10:00 a.m., to address this request. Assistant U.S. Attorney Chinhayi Coleman and Assistant Federal Public Defender Joyce Leavitt do not object to this appearance and are available.

Please do not hesitate to contact me if Your Honor needs further information. I can be reached at (415) 436-7554.

Respectfully submitted,

**Christina L. Carrubba**
United States Probation Officer Specialist

Reviewed and Approved by:

**Sheila John**
Supervisory United States Probation Officer

cc:  AUSA Chinhayi Coleman
     AFPD Joyce Leavitt