FILED

FEB 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff(s),

    v.

MARVIN NELSON,

        Defendant(s).

                        /

No. CR-07-00364-CW (WDB)

**ORDER SETTING BAIL REVIEW HEARING**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The Court received a letter dated February 25, 2008 from U. S. Probation Officer Christina Carrubba requesting that defendant Marvin Nelson be placed on U.S. Pretrial Services supervision, with a mental health treatment condition, until he is sentenced. The defendant is currently scheduled for Judgment and Sentencing on March 26, 2008 at 2:30 p.m. before U.S. District Judge Claudia Wilken. Upon Ms. Carrubba's request, this Court will conduct a Bail Review Hearing as to the above named defendant on **FRIDAY, FEBRUARY 29, 2008 at 10:00 a.m.** in Courtroom 4, Third Floor, U.S. Courthouse, 1301 Clay Street, Oakland, California.

    IT IS SO ORDERED.

Dated: 2/26/08

                              WAYNE D. BRAZIL
                              United States Magistrate Judge

cc: WDB's Stats, Copy to parties via ECF, Sheilah, Pretrial, Probation