# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
MAR 1 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**UNITED STATES OF AMERICA**        )
                                    )
vs.                                 )   Docket Number: CR 07-00364-1 CW
                                    )
**Marvin Nelson**                   )
                                    )

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____ March 26, 2008 _____ be continued until _____ May 14, 2008 _____ at _____ 2:30 p.m. _____ .

Date: 3/12/08

_____
Claudia Wilken
United States District Judge

NDC-PSR-009 12/06/04

# UNITED STATES DISTRICT COURT

**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

YADOR J. HARRELL
*CHIEF U.S. PROBATION OFFICER*

Please reply to:
450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

March 3, 2008

**MEMORANDUM**

The Honorable Claudia Wilken
United States District Judge

                                          RE: **NELSON, Marvin**
                                                  **Docket No. CR 07-0364-01 CW**

Your Honor:

The above defendant is scheduled for Judgment and Sentencing on March 26, 2008, at 2:30 p.m., before Your Honor. The undersigned officer interviewed the defendant on February 13, 2008, and learned that he had contemplated suicide three weeks prior. He also reported having a history of emotional issues. Assistant Public Defender Joyce Leavitt advised that her office was pursuing an evaluation of the defendant, which was not yet completed. Further, because of these revelations, the defendant was placed on U.S. Pretrial Services supervision, to monitor his mental health, by the Honorable Wayne D. Brazil on February 29, 2008.

A psychiatric evaluation in the form of an Aid to Sentencing would be valuable for purposes of sentencing and is respectfully requested by the undersigned officer. Because this evaluation would require 30 days to complete, it is further respectfully requested that Judgment and Sentencing be continued to May 14, 2008, at 2:30 p.m. Defense counsel and Assistant United States Attorney Chinhayi Coleman do not object to this request.

Please do not hesitate to contact me if Your Honor needs further information. I can be reached at (415) 436-7554.

Respectfully submitted,

**Christina L. Carrubba**
United States Probation Officer Specialist

Reviewed and Approved by:

**Sheila John**
Supervisory United States Probation Officer

cc:    AFPD Joyce Leavitt
        AUSA Chinhayi Coleman