United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
MAR 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: CR 07-00364-1 CW** |
| ) | |
| **Marvin Nelson** ) | |
| ) | |

## ORDER DESIGNATING A PSYCHIATRIST

ON MOTION OF THE COURT, pursuant to 18 U.S.C. § 3552(c), and good cause appearing, it is hereby ordered that Yador J. Harrell, Chief U.S. Probation Officer, of this Court, select and designate a psychiatrist for the purpose of having this defendant examined to assist the Court in determination of sentence.

Date:  MAR 18 2008

Claudia Wilken
United States District Judge

NDC-PSR-010 12/06/04