# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
APR 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket Number: CR 07-00364-1 CW |
| vs. ) | |
| Marvin Nelson ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____May 14, 2008_____ be continued until _____June 18, 2008_____ at _____2:30 p.m._____.

Date: APR 16 2008

Claudia Wilken
United States District Judge

cc: USPO

NDC-PSR-009 12/06/04

# UNITED STATES DISTRICT COURT



**NORTHERN DISTRICT OF CALIFORNIA**
**PROBATION OFFICE**

**YADOR J. HARRELL**
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

April 14, 2008

**MEMORANDUM**

The Honorable Claudia Wilken
United States District Judge

                           **RE:**    **NELSON, Marvin**
                                    **Docket No. CR 07-0364-01 CW**

Your Honor:

The above defendant is scheduled for Judgment and Sentencing on May 16, 2008, at 2:30 p.m., before Your Honor. A psychiatric evaluation in the form of an Aid to Sentencing was ordered per the undersigned officer's request. The defendant has been evaluated, but the doctor's report has not yet been provided; therefore, it's finding are not in the Presentence Investigation Report. To ensure the information is in the report, it is respectfully requested that Judgment and Sentencing be continued to June 18, 2008, at 2:30 p.m. Defense counsel and Assistant United States Attorney Chinhayi Coleman do not object to this request.

Please do not hesitate to contact me if Your Honor needs further information. I can be reached at (415) 436-7554.

                                                        Respectfully submitted,

                                                        **Christina L. Carrubba**
                                                      United States Probation Officer Specialist

Reviewed and Approved by:

**Sheila John**
Supervisory United States Probation Officer

cc:    AFPD Joyce Leavitt
       AUSA Chinhayi Coleman