1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4
   Counsel for Defendant NELSON
5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              )
                                          )   No. CR 07-00364 CW
12              Plaintiff,                 )
                                          )   STIPULATION AND
13      v.                                 )   ORDER FOR CONTINUANCE OF
                                          )   SENTENCING DATE
14                                         )   **AS MODIFIED**
                                          )
15 MARVIN NELSON,                          )
                                          )
16              Defendant.                 )

17

18

19      IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing

20 date in this case, currently set for Wednesday, June 18, 2008, at 2:30 p.m., before Honorable Judge

21 Claudia Wilken, may be continued two weeks to Wednesday, July 2, 2008, at 2:30 p.m. for

22 sentencing. The reason for the request is that defense counsel is unavailable.

23      Assistant United States Attorney Chinhayi Coleman and United States Probation Officer

24 Christina Carrubba have no objection to the requested continuance and both are available should the

25 Court continue the matter to July 2, 2008 at 2:30 p.m.

26

*United States v. Nelson*, CR 07-00364 CW;
STIP. TO CONTINUING SENTENCING          - 1 -

1  DATED: June 5, 2008                    _____

2                                         JOYCE LEAVITT
                                          Assistant Federal Public Defender
3

4                                              /S/

5  DATED: June 5, 2008                    _____

6                                         CHINHAYI COLEMAN
                                          Assistant United States Attorney
7

8      I hereby attest that I have on file all holographed signatures for any signatures indicated by a

9  conformed signature "/s/" within this e-filed document.

10

11                                  **ORDER**

12

13     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date in this

14 case, currently set for Wednesday, June 18, 2008, at 2:30 p.m., before Honorable Judge Claudia

15 Wilken, is hereby continued to Wednesday, **June 25, 2008,** at 2:30 p.m. for sentencing.

16

17 SO ORDERED.

18

19

20 DATED:     6/16/08                     _____

21                                        HONORABLE CLAUDIA WILKEN
                                          United States District Judge
22

23

24

25

26

*United States v. Nelson*, CR 07-00364 CW;
STIP. TO CONTINUING SENTENCING          - 2 -