BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627

Counsel for Defendant NELSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00364 CW |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER FOR |
| v. ) | CONTINUANCE OF SENTENCING |
| ) | DATE |
| MARVIN NELSON, ) | |
| Defendant. ) | |

  IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date in this case, currently set for Wednesday, June 25, 2008, at 2:30 p.m., before Honorable Judge Claudia Wilken, may be continued to Wednesday, July 9, 2008, at 2:30 p.m. for sentencing. The reason for the request is that defense counsel has been out of the office over the past week and needs additional time to obtain letters and other documents to be filed in support of the sentencing memorandum one week prior to sentencing.

  Assistant United States Attorney Chinhayi Coleman and United States Probation Officer Christina Carrubba have no objection to a continuance of the sentencing date. Defense counsel has

*United States v. Nelson*, CR 07-00364 CW;
STIP. TO CONTINUING SENTENCING          - 1 -

left messages for the probation officer and has not heard whether she is available on July 9, 2008.

DATED: June 20, 2008

/S/
_____
JOYCE LEAVITT
Assistant Federal Public Defender

DATED: June 20, 2008

/S/
_____
CHINHAYI COLEMAN
Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature "/s/" within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date in this case, currently set for Wednesday, June 25, 2008, at 2:30 p.m., before Honorable Judge Claudia Wilken, is hereby continued to Wednesday, July 9, 2008, at 2:30 p.m. for sentencing.

SO ORDERED.

DATED:    6/24/08

_____
HONORABLE CLAUDIA WILKEN
United States District Judge

*United States v. Nelson*, CR 07-00364 CW;
STIP. TO CONTINUING SENTENCING         - 2 -