**Tarrant County Hospital District**
1500 South Main, Fort Worth, Texas 76104
John Peter Smith Hospital          Elmwood Hospital

PATIENT NAME: NELSON, BETTY F.
UNIT NUMBER: 282290-6
SERVICE: NEURO-PSYCH

**DISCHARGE SUMMARY**

ADMISSION: 12-28-79
DISCHARGE: 1-25-80

Adm dx: Schizoaffective disorder, excited w/psychosis.

FINAL DIAGNOSIS: Schizoaffective disorder, excited, improved.

HOSP COURSE & TREATMENT: This 54 y.o. WF was adm to the psych serv. of JPSH on 12-28-79. She was brought to the hosp on a warrant taken out by her son Marvin who alleged that Betty had been eating dirt, cutting and burning her hair, burning various objects and stating that God was talking through her ring.

MENTAL STATUS at time of adm revealed a pleasant, cheerful woman with pressured speech, some looseness assoc., multiple delusional ideations. Her mood was euphoric, her affect was present, she was oriented x 3, memory seemed okay but her judgment and insight were impaired. Pt decided to accept hosp vol. so that her warrant was dropped. On adm she was started on Mellaril 100 mg tid and Lithium 300 mg tid. Two days after coming in she changed her mind about staying vol. and an OPC was filed. Mellaril was inc. to 200 mg tid. After one week of treatment there was marked improvement in her MS and she was trans to T-9. There seemed to be some inc. paranoia and it was decided that an inc. of meds was nec. but because she had reached almost the limits of safety in her Mellaril this was d.c. and she was started on Navane tid. Within 3 days the paranoid quality had been much reduced. She was much more goal oriented in her speech. The only physical complication during her stay was the development of an external titus which was treated with Cortisporin drops. Pt was discharged markedly improved on her 28th hosp day with an appt to MHMR Clinic and presc. for Lithium carb 300 mg in AM and 600 at night and Navane 10 mg bid.

George F. Brampton, M.D.

GFB:jmc

d-2/7/80
t-2/17/80

Cop sent to MHMR, 1319 Summitt, FW 76102.

MEDICAL RECORDS

JPS000034

**TARRANT COUNTY HOSPITAL DISTRICT**

**NURSING ADMISSION, HISTORY AND DISMISSAL**

**PSYCHIATRIC SERVICES**

| ADMIT DATE | ADMIT TIME | AMBLTORY | WHL.CHR. | ER CART | AMBUL.CART | SERVICE | VOL. | WARRANT TYPE & # |
|---|---|---|---|---|---|---|---|---|
| 11-9-80 | 11:57 PM | ✓ | | | | PSY | ✓ | |

DIAGNOSIS: Manic Depressive Psychosis - Manic Phase   ADMITTING PHYSICIAN: Dr. Olivier

FROM: ER   ACCOMPANIED BY: ER Nurse

ALLERGIES: NKA   WEIGHT: 125   HEIGHT: 5'2"   AGE: 54 WF

TEMP: 98.4   PULSE: 96   RESP: 20   B/P: 124/82   (From ER Sheet if Within One Hour)

CHIEF COMPLAINT ("Why in hospital now?"): "God told me House was Going to Burn down" "God told me I was going to die"

HOW LONG HAVE YOU BEEN FEELING THIS WAY? Pt has long Hx of Religious Delusions

PAST HOSPITALIZATIONS (Where, When, Why?) (General and Psych.): See old Charts - Multiple Psych admissions

WHAT MEDICATIONS ARE YOU TAKING NOW? (Prescription, over-the-counter, birth control, Miles-Nervine): lithium 300 mg morning & HS (later reduced to 2 caps/day = 200 mg)

NONE

GLAUCOMA ∅   HEART DISEASE ✓ - Double Heart Murmur   HYPERTENSION ∅   DIABETES ∅   OTHER ___

GLASSES ✓   CONTACT LENS ∅   HEARING AID ∅   DENTURES ∅

ARTIFICIAL EYE ∅   ARTIFICIAL LIMB ∅

ASSISTANCE NEEDED WITH: NONE

ADDITIONAL OBSERVATIONS ON APPEARANCE, BEHAVIOR, COMMUNICATION: Pt requests salt free diet. Pt oriented x 3. Pleasant & Cooperative c Interview. appropriately Dressed. Pt has long Psych Hx c multiple admissions to T-11. Pt has grandiose delusions of religious ideations. Claims to talk directly c God. Pt shown to room & furnished urine specimen.

SIGNATURE OF INTERVIEWER: John W. Richard D. Thompson

TARRANT COUNTY HOSPITAL DISTRICT

PSYCHIATRY SERVICE

SOCIAL SERVICE
HISTORY AND PROGRESS NOTES

282290-b

NELSON, BETTY FAY
SS# UNK 460 28 1250
12-24-25  W/F  BAPT
2829 MAY  CITY 76110

Admit Date 11/9/80        Phone # 451-6617

Pt brought in by son ē grandiose delusions ē religious ideations. Pt stated God told her that the house was going to burn the night of admission. Pt calls God her sugar daddy. Pt talks rapidly, dx manic-depressive psychosis. Has been under care of Dr. George at MHMR.

Pt has had X admits to UPS. Reportedly, behavior 1st appeared in 75, getting increasingly worse til 1st admit 1/77 on warrant filed by daughter. Pt has hx of irregular compliance ē med taking. Usually requires admissions for similar reasons as this admit. Pt reportedly does well on medication. See old chart for additional information. Last recorded admit 8/1 to 8/13/80.

Talked ē pt's son — Marion Nelson — who seems very supportive of pt. After last dc pt lived at Union Gospel. About mid Sept moved into duplex next to son. Pt does well while on meds but son believes pt has stopped them due to her ↑ grandiose behavior. Recently, pt has been setting small fires around apt. On last Lithium level taken (date unknown) pt's level somewhat low & she was told to ↑ dosage. Son is willing to take pt back whenever stable. Talked ē pt who relays no problems. She wishes to return to apt if God didn't burn it down last night (11/9).

Pt is not employed - receives railroad retirement from spouse's pension. Pt pleasant, calm, still religiously preoccupied.

Plan to stabilize pt on medication. Will consult c̄ pt to encourage continuance c̄ meds. Son will pick up pt when stable. Pt does not seem to require any additional services at this time.

            Emily Gibson BSW

10/11/80 Pt still religiously preoccupied, refuses meals & meds because "God told her to." Somatic complaints (dizzy, headaches, sick at stomach). Pt attempting to resolve complaints by meditation (Eg. seclusion & sway, resp attached to statue). Pt refuses to talk about need to eat & take meds stating "NOT TODAY. God said so." Will continue to approach pt to encourage appropriate behavior.

            E. Gibson

11/11 Pt's son visited. He stated pt 1st became religiously preoccupied 8 yrs ago c̄ death of her husb. According to son his parents had never gotten along (even to the point of shouting at each other). They separated approx 8 yrs ago & pt began praying for spouse's death. Spouse then did die & pt began believing she had a direct line to God. Pt has become more fixed on the deceasing being. Pt refused to wear the resp & interact c̄ others or resp would have to be kept in nurses station.

            E. Gibson

T. 14500  BETTY FAYE NELSON
 7245 Jewell    52 w/f
Officer Allen will take pt. to
JPSH AND MEET DEPUTIES THERE.
filed by FTPD D. F. Allen

This lady was sent to Elmwood 2-2-77 and dis. 3-21-77. Is acting the same now as before only much worse. Carries on prayer meetings out in the yard praying to the moon, etc. High School and middle school children are coming to the house in droves and they have practical= ly driven the neighbors into se- clusion. Four neighbors have been to this office concerned about her welfare. The police are called over and over. There are reported to be as many as 100 or more high school students there over the weekend' they are calling her at all hours saying: "This is God"  Officer answered some of these calls himself. Pt. has lost 25 or 30 lbs. in short period of time and is probably on a fast of some kind. Yards and premises are being littered with bottles sacks, and such.

JPS000856

It is reported that this lady did shoot a gun at her own son and the bullet lodged went into the house across the street. Neighbors are terrified of what might happen.

ATTACH TO WARRANT. FOR INFORMATION ONLY.

JPS000857

JOHN PETER SMITH HOSPITAL
PROGRESS RECORD

NELSON, BETTY FAYE
UNK
12/26/20  W/F  GOD
7245 JEWELL, CITY, 76112

DATE 10/6/78  Resident Note
Nelson, Betty
"I will answer you one question as you answer mine. My enemies, God's enemies have brought me here. I am not of this world. Etiology was in Bible before and Pope in 12th century removed it."
Pope Paul VI. (sm) Died because he transgressed against God. Had called Pope to tell him to fast for 5 days and pray or he would die. God has called us on the telephone the last 3 nights.
"Under surveillance w/ FBI. Constantly."
Marvin Nelson - son - not catholic. Worked very hard and became altar boy. Pope Paul's transgression was that he said her son was 1st and last to become altar boy that was not a catholic.
Saw elephant in sky w/ PGR USA on it. States Monsignor Wenzel, by God's will should be Pope.
Thought processes: Religious oriented in all things said.
Delusions of grandeur.
Praying for Red Sox. Called Don Zimmer at Boston.
Fasting for 41 days. No food or water.
① Schizophrenic reaction - mixed type - w/ paranoid and delusional

PROGRESS RECORD
R. Munoz MD
F-51

JPS000863

PROGRESS RECORD

Date: 10/9/78

Cooperative, manageable
Very religiously preoccupied.
Rx: Haldol 5 mg tid 10 mg hs
Cogentin 2m BID
R. Thissett

10/9/78

Mental status
Affect: hostdanides, verbigeration, rapid speech
Appearance: long dress, fair hygiene.
Thought process: Religious directed. Tangential
Feelings: can control situations by prayer
which is not inappropriate except things
she prays for are inappropriate.
i.e. WT, Boston Red Sox, football
games. Delusions of grandeur & omnipotence
Associations: loose at times.
Behavior: Acting out

"I'm one man one woman. I pray to God, I love
and respect Jesus Christ. What I've prayed for to
God I've gotten so I don't pray to Christ because
why change men. I'm one woman one man person."
Similarities: Circumstantial. Begins
storytelling [word] and relating to religion.
Memory: for questions asked, impaired. Poor
Insight: nil
Priorities: No action required
Judgement: Impaired

① Sch. [schizophrenia], Paranoid; delusional system
② Transfer to T-9

PROGRESS RECORD    R. Munshims    F-51