

Betty Nelson Med. Recs. - Tarrant Co. MHMR
U.S. v. Marvin Nelson

**TARRANT COUNTY MENTAL HEALTH MENTAL RETARDATION SERVICES**

Case #: 914 999

Client Name: Betty Nelson

Unit #: 542

CPC #: 131660

Date of Discharge: 2-28-98

*Circle Below if Appropriate:*

*Enter Date and Time of Move or Death*

1 = Moved out of State ☐☐ - ☐☐ - ☐☐ (M M D D Y Y)

2 = Deceased ☐☐ - ☐☐ - ☐ (H H M M A/P)

**DISCHARGE SUMMARY**

I. Reason for Discharge
II. Presenting Problems
III. Description of Services Course and Results
IV. Referral, information, and recommendations made to client
V. Planning/linking activities
VI. DSM III-R Discharge Diagnosis/ABL
A. Admission Diagnosis (Axes I-V)
B. Discharge Diagnosis (Axes I-V)
C. ABL (Mental Retardation Clients only)

*(Use Addendum pages as needed - signature and date on last page)*

I Ct. not seen in clinic since 3-18-88
II Mental Health
III Medication Mgt. & Monitoring
IV None
V None
VI admission dx Axis I Major Affective disorder bipolar, 296.64
II deferred 799.90
III Heart murmur
Impaired hearing
IV 4
V 3

Discharge dx same as admission dx

Cts. last known address Betty Nelson
3829 May
Ft. Worth Tx 76110

Aurora Master CC 2-28-98
CPC/CM Signature/Title/Date

Beatrice Owens TL 2/28/98
Supervisor Signature/Title/Date

BN000003

COL. (1) 1 (2) DG-1-A

1. FACILITY COL.(12) 200
2. DIVISION (15)
3. UNIT COL.(17) 218
4. SUB-UNIT (21)
5. CASE NUMBER COL.(25) 914999

6. LAST NAME COL.(35) NELSON
7. FIRST NAME (51) BETTY
8. MI (61)

9. DATE OF STAFF DECISION COL.(62) MO. 05 DAY 18 YR. 82

15. ACTION COL.(81) CODE 2 — [1] ADMISSION (CTP) [2] REEVALUATION [3] DEATH

16. PRINCIPAL DIAGNOSIS COL.(82) CODE 1 — [1] AXIS I, LEVEL I [2] AXIS II, LEVEL I

17. FFUO (83)

CARD 2 (1) 2 DUP. COL. (2-14)

AXIS I—PSYCHIATRIC SYNDROMES/MENTAL RETARDATION DIAGNOSIS — COL. — CODE FROM DSM-III

18. MAJOR AFFECTIVE DISORDER MIXED = PSYCHOTIC FEATURES (16) 29664
19. (22)
20. (28)
21. (34)
22. (40)
23. (46)

AXIS II—PERSONALITY AND SPECIFIC DEVELOPMENTAL DISORDERS — CODE FROM DSM-III

24. NO DIAGNOSIS (52) V7109
25. (58)
26. (64)
27. (70)

AXIS III—PHYSICAL DISORDERS* — CODE FROM ICD-9-CM

28. HEART MURMUR (76)
29. IMPAIRED HEARING (82)
30. (88)
31. (94)
32. (100)
33. (106)

*If Action code is death, enter causes of death and external causes of death.

34. DATE OF AXIS III (State Schools Only) (111) MO. DAY YR.

CARD 3 (1) 3 DUP. COL. (2-14)

35. AXIS IV—PSYCHOSOCIAL STRESSORS COL. (16) CODE 4
[1] NONE [2] MINIMAL [3] MILD [4] MODERATE [5] SEVERE [6] EXTREME [7] CATASTROPHIC [8] UNSPECIFIED

36. AXIS V—HIGHEST LEVEL ADAPTIVE FUNCTIONING PAST YEAR COL. (18) CODE 5
[1] SUPERIOR [2] VERY GOOD [3] GOOD [4] FAIR [5] POOR [6] VERY POOR [7] GROSSLY IMPAIRED [8] UNSPECIFIED

(MR Clients Only) 37. CURRENT ABL CODE COL.(19) 38. POTENTIAL ABL CODE COL.(20)
ABL CODES: [0] NONE [1] MILD [2] MODERATE [3] SEVERE [4] PROFOUND

AAMD 1977 CLASSIFICATION (MR Clients Only)
39. PRIMARY COL.(22)
40. SECONDARY COL.(26)
41. TERTIARY COL.(30)

ADDITIONAL MEDICAL COMPONENTS
42. GENETIC (34)
43. CRANIAL (37)
44. SENSE IMP. (40)
45. PERCEPTION (49)
46. CONVULSIVE (52)
47. PSY. IMP. (55)
48. MOTOR DYS. (58)
49. DATE OF AAMD (State Schools Only) COL.(42) MO. DAY YR.

50. RESERVED FOR FUTURE USE (62) (70)

BN000004

INICAL SERVICE REVIEW - INITIAL SERVICE AND ASSESSMENT - INDIVIDUAL PROGRAM PLAN

NELSON BETTY F. — me of Client | 51 — Age | Case Number

0 days — jected Period of Plan | MMU-S Fuller — Primary Case Responsibility - Case Manager

GNIFICANT TREATMENT - PLAN OBJECTIVES ACHIEVED (PAST):
1975- FAMILY SERVICES- WENT FOR 1 VISIT, BUT FAMILY WOULD NOT RETURN FOR COUNSELING.
FEB'1977 -JPSH -> ELMWOOD - BY WARRANT FROM CHILDREN. MOTHER'S (CLIENT'S) BEHAVIOR BECAME BIZARRE AFTER HUSBAND DEATH, LOSS OF BOTH HER PARENTS & LOSS OF HER JOB. (HUSBAND LEFT HER BEC. SHE PROVOKED HIM TO VIOLENCE)

SENT PROBLEM OR CONCERNS:
EMOTIONAL/SOCIAL/Psychological:
)CLIENTS BECAME RELIGIOUSLY FINATICAL 2 YRS. AGO EASTER AFTER THE HAPPENINGS AS MENTIONED IN #2 ABOVE OCCURRED. AS A CHILD SHE WAS FORCED TO GO TO CHURCH BUT WILL NOT ENTER INTO ONE NOW - DOES NOT NECESSARILY CLAIM TO BE A CHRISTIAN YET FOLLOWS GOD'S WILL BY FASTING, CUTTING HAIR & BURNING IT, TALKS TO GOD, WHO HAS CHOSEN HER TO SAVE THE WORLD.
(B) FEELS THAT HER CHILDREN HAVE GOTTEN HER IN SERIOUS FINANCIAL DEBT - HOWEVER, A YR. AGO CHRISTMAS - SHE SPENT AROUND $10,000 ON GIFTS FOR FRIENDS & STRANGERS. SHE ALSO, IN THE PAST 2 YRS HAS SHIFTED ALL THE RESPONSIBILITIES TO THE TWO CHILDREN BLAMING THEM FOR THE FINANCIAL PROBLEMS. SHE BELIEVED BEFORE THE HOSPITALIZATION THAT HER DAUGHTER WAS "SATAN'S DAUGHTER."

NIFICANT SERVICES RECEIVING, MEDICATIONS (PRESENT):
DOL 10mg H.S.
ENTIN 2mg B.I.D
KALITH 300mg T.I.D.
ACE 50mg B.I.D.

ESSMENT OF PRESENT CLIENT FUNCTIONING:
ppears to be stated age
s FULL OF ANGER, hostility, & persecution complex
ENIES ANY existing problems, states children are responsible for part f not all the trouble
DISCHARGE SUMMARY IS TO FOLLOW

DSM II - DIAGNOSIS

S, DATES FOR ACHIEVEMENT, WHERE ACHIEVED:
MHMRA - MMU S. Fuller - (A) EVALUATE NEED FOR MED-FOLLOW-UP
MHMRA - T.S. T Swift (A) EVALUATE NEED FOR COUNSELING
CLIENT WILL NOT COME W/OUT FAMILY Tue May 29 @ 3pm

E PRESENT FOR PLANNING:

BN000005

...COUNTY MENTAL HEALTH
...AL RETARDATION SERVICES

PROGRESS NOTES - THERAPIST

CLIENT CASE NUMBER 914999

CLIENT NAME: Betty Nelson

| DATE | PROB. # | NOTES |
|---|---|---|
| 9/22/81 | | This client DNKA for initial contact post disch at WFSH<br>Julien James MA |
| 9-28-81 | | Sent letter offering TCMHMR services to Client.<br>Karen Harbert / Aftercare |
| 10-20-81 | | Ct. was seen by Julian James at 9:30 this morning. He has an appt. mon. ~~the 26th w/ Julian James and a medical appt. w/ Jo Pinkerton on Nov. 4th. K.H.~~<br>Karen S. Harbert / BW. |

R-2-80
PN-002

BN000006

ENTAL RETARDATION SERVICES

PROGRESS NOTES - THERAPIST

Client Case Number 914999

Client Name Betty F. Nelson

| DATE | PROB. # | NOTES |
|---|---|---|
| 8/27/80 | | JPS Hospreferral. Ms. Nelson is currently living at the Union Gospel Mission — is planning on moving to Cisco. Medication: Li $CO_3$, 900 mg/day. Appointment c̄ Dr. Araujo on Oct. 1, 11 AM. D. Tied, ACSW |
| 9-29-81 | | Sent follow-up ~~letter~~. See correspondences. K. Harbert / Aftercare |

BN000007

-80

't Worth, Texas

Name Betty J. Nelson

PROGRESS NOTES

| blem # | Date | Note |
|---|---|---|
| | 2/12/80 | Pt. phoned stating that her tongue felt thick and legs wobbly. Pt. informed me that dr. had changed meds to Cogentin 2mg ii A Mellaril 200mg BID and that she had taken her first Cogentin this a.m. I explained that she might feel overmedicated first few days and the Cogentin would help feeling in tongue. Advised to continue meds for couple days, if no better to phone me again. Pt. agreed to do this |
| | | P. McGinty, MSSW |
| | 2/13/80 | Received phone call fr. CSU @ JPSH requesting med info. Pt. to be admitted by Dr. Klawitter. |
| | | P. McGinty, MSSW |

BN000008

MRA May 1979

rt Worth, Texas

Name: Betty J. Nelson
54 y/o widowed WF

FEB 15 1980

PROGRESS NOTES

| Problem # | Date | Note |
|---|---|---|
| | 2/7/80 | Pt. referred fr. JPSH, T-9 where she was discharged on 1/25/80 after ~ 1 mo. stay. At time of admission pt. had religious delusions. On interview, pt. c/o meds. making her go to the bathroom every 1½-2 hrs. States she can't sit down or sit still; has to pry eyes open; and then can't return to sleep f. 4 hrs (walks the house). Admits to not eating f. several days (2 wks) prior to admission → lost 30-35 lbs. States sleep OK. prior to JPSH. Reports having fasted after reading the Bible f. 1 yr. and cut her hair as a sacrifice to God. States she ~~what~~ was "doing what the almighty God asked" "To do his will". Reports no voices only "vibrations" fr. God and last visual hallucination of seeing God in 1974 (August). Pt. still delusional but denies hallucinations. Lives c̄ 20 y/o son. Reports no meds since 1977 because son told her to stop taking meds 2° "saying things I wasn't thinking." Retirement money fr. railroad reportedly will begin again later this month. Pt. set up on emergency basis to see Dr. Frazier after pt. has lithium level taken. Meds fr JPSH: Navane 10 mg BID; $LiCO_3$ 300 T AM ĪĪ HS, ear drops (ENT clinic 2/28/80). Pt. became tearful when asked to come back Monday for Dr. — childlike voice saying "please give me something to make me stop t-t-ing |

BN000009

MRA May 1979

TRINITY VALLEY MENTAL HEALTH
MENTAL RETARDATION AUTHORITY

CLIENT NAME: Betty Nelson

CASE #: 914999

TERMINATION NOTE

This lady came initially at insistence of her children but it was obvious she did not want to be here. It was left up to her as to whether or not she would return. She chose not to. Therefore therapy was never really begun.

Terry Swift Ph.D.

BN000010

... Furlough Note

To be completed by attending physician at time of discharge/furlough staffing.

NELSON BETTY 068535
DOB 12 26 1925 NONE 681
PC A F W 7 29 1981
TARRANT
COMM BY BEXAR
WARD SASH

914999

SEP 30 1981

Date: August 26, 1981 ☒ Discharge ☐ Furlough Duration of Stay: 28 Days

Hospital Course, Findings, Procedures, Complications: Patient is a 55-year-old, Caucasian female, widowed on 9/8/72 who had previously been living at the Salvation Army in Fort Worth since May. She came to San Antonio on July 1, 1981 and was paying for her boarding room at the rate of $150 per month. The money comes from Social Security checks that she receives for her disability. Patient has had several prior hospitalizations at John Peter Smith County Hospital in Ft. Worth. This admission was precipitated by the patient's loss of contact with reality, making statements like "my mind is not a mind, it is a channel." She had a history of a toxic reaction when Haldol and Lithium were combined in treatment. Patient spent almost her entire stay on the ward dressed in the same manner, slacks, blouse and a barrette. Her mood was slightly hypomanic with some pressure of speech, judgement appeared to be severely impaired. The patient's treatment on the ward for her psychiatric illness was uneventful and she was treated with Navane, 5 mg. b.i.d. Findings: the patient's laboratory exams were entirely normal and in a cardiac series, there were no enlargement of the left atrium identified. The EKG showed a high voltage, suggestive of left ventricular hypertrophy with a normal sinus rate of 80. The patient's electrolytes were within normal as was her CBC. Urinalysis was also within normal. Patient's VDRL was non reactive. A consultation was asked for the patient to be seen in OB-GYN Clinic and revealed that she had a right oophorectomy several years ago because of ovarian cyst, her internal organs were within normal. Internal Medicine consult was asked for because of the patient's cardiac complications in the past and the findings were in keeping with rheumatic heart disease with aortic insufficiency. It was recommended that any surgery on a contaminated field should include pretreatment with an antibiotic including dental work. Patient also had optometry evaluation and a prescription was given for correction of her visual acuity problems. Complications in her treatment included the patient's having episodic elevated blood pressures, on 7/29/81 she had a blood pressure of 160/84 with a pulse of 100, on 8/10/81 she had a blood pressure of 150/90 with a pulse of 94, on 8/12/81 the patient had a pressure of 170/100 with a pulse of 110. Near the day of discharge, the patient had a blood pressure of 140/90 with a pulse of 80, it is noteworthy that the patient had frequent episodes of feeling faint and having tachycardia which were felt to be related to anxiety.

[Det]ailed Description of Patient's Condition at Discharge/Furlough: CONTINUED....
The patient was recompensated, no longer was having delusional thinking, still it was mildly hypomanic and was recompensated with regards to her cardiovascular systems. Medications at discharge included Navane, 5 mg. p.o. q.a.m. and 5 mg. p.o. q.h.s. and she was sent on discharge with her glasses prescription.

[Fina]l Diagnoses:

[I. Ps]ychiatric Syndromes
[MAJO]R AFFECTIVE DISORDER, BIPOLAR, 296.64 MIXED

II. Personality and Specific Developmental Disorders
DEFERRED 799.90

[III. Ph]ysical Disorders
[RHEU]MATIC HEART DISEASE WITH [VAL]VULAR INVOLVEMENT
[MASTO]IDECTOMY WITH HEARING LOSS [ON T]HE RIGHT

AXIS IV MILD PSYCHOSOCIAL STRESSORS
AXIS V GOOD FUNCTIONING IN PREVIOUS YEAR

[Physic]ian's Signature ______ Date ______

PORS 1-6
BN000013

Dated August 26, 1981

To be completed whenever a standard PORS form does not provide adequate space for the required entry.

NELSON BETTY 068535
DOB 12 26 1925 NONE 681
PC A F W 7 29 1981
TARRANT WARD
COMM BY BEXAR SASH

It is anticipated that the patient will need continual follow up for her cardiac condition. Improvement during her hospitalization was noted from the point of view that when she came into the hospital her lower extremities were greatly swollen and after a short course of Dyazide, this condition resolved and there was no swelling at the time of discharge.

R. D. Potterf M.D.

R. D. Potterf, M.D.
Staff Psychiatrist
Travis Hall

RDP/sld

Rec'd: 9/4
Typed: 9/9

Signature

Page 2 of 2 pages

Continuation of PORS 1-6

1/79

Core Form: [XX] Yes [ ] No

BN000014
PORS-cf

John Peter Smith Hospital
&
Tarrant County Mental Health Mental Retardation

**Discharge Summary**

ame Betty F. Nelson | Diagnosis Schizoaffective.
dmission Date 11/09/80 | TCMHMR # 914999
ischarge Date 12/11/80 | JPSH # 282290-6
hysician Barksdale | Clinic Appointment 5- 1/9/81 8:40a ē Dr. Arauzo

resenting problem/symptoms and hospital course: Pt. admitted from ER, brought by son. Pt. was delusional religious) ↑ hostile and inappropriate, flight of ideas and rapid speech. Pt. also had ↓ her lithium. Extremely grandiose.
Pt. started on LiCO3 300mg TID. Pt. remained very ritualistic and religiously preoccupied and pt. started on Navane 5mg bid which was changed to Navane 5mg tid (I.M.) on 11/12 as pt. refusing p.o. meds. Navane ↑ to 10mg A.M., 15mg on 11/16 and after lith. level ↑ Navane again ↓ to 10mg bid. During this time pt. went on numerous passes ē son and/or Aging Program in attempt to get utilities turned on. Pt. finally became more appropriate and less religious preoccupations, transferred to T-9 on 12/5/80. Pt. discharged ē lith level = .7

fterCare Plan Recommendations (explanations on back):

1. Information relating to medication -
   a) LiCO3 300mg tid
   b) Monitor lithium level

L1

2. Pertinent physical problems:

   None ✓ Improved ______
   Follow-up care:

3. Specific therapeutic goals and suggestions for follow-up treatment - Pt. refused Aging Program after few days of them assisting her. Seems to be extremely attached to son; difficult to intervene in this system. Continue med. mgmt.
   Pt stated she did NOT need NAVANE on discharge; She HAD slight tremulous of Ⓛ hand on NAVANE.
   Pt would PROBABLY benefit from low dose neuroleptic (10mg p[illegible] at night. Would Recommend on beginning NAVANE again if pt becomes [illegible] ... must observe carefully for [illegible]

Peggy McGinty, MSSW
C.S.U. staff | Case Manager | [signature] Attending Physician

BN00015

Case 4:07-cr-00364-CW Document 30-3 Filed 07/07/2008 Page 12 of 17

Social History

Names and addresses of relatives and other responsible persons are found in the Demographic Data subsection of the Data Base. Medical History is found in the Medical Evaluation subsection of the Data Base.

NELSON BETTY 068535
DOB 12 26 1925 NONE 681
PC A F W 7 29 1981
TARRANT WARD
COMM BY BEXAR SASH

**DATE:** July 31, 1981, 10:25 a.m.

**INFORMANTS:** Erma Escamilla, Social Worker (226-2291), Salvation Army, San Antonio, Texas and the patient, Betty Nelson
This history is limited; additional information should be obtained by the assigned social worker. Information given by patient cannot be verified today.

**PRESENTING PROBLEMS:** Patient arrived from Ft. Worth at the Salvation Army around July 1 and remained with them until they initiated the commitment. Patient stated that the "Holy Father" had sent her and had told her that she should "only pay $78.00 per month." She paid in cash. She was trying to convert people, was verbally abusive, threatened to strike the adults and actually struck a child. Miss Escamilla did not know the details surrounding the incident. Patient had no medicine when she arrived at Salvation Army.

**COURSE OF DYSFUNCTION:** Unknown. Patient believes she was brought to SASH due to a possible "heat stroke," and she denies mental or emotional problems.

**FAMILIAL HISTORY:** Patient's exact birthplace is not known. However, she grew up in the Ft. Worth area. She is the oldest of 3 siblings. She has a sister in North Carolina, (second in line) who is in her 50's, has a degree in Geology. Her name is Mary Louise Smith. Her brother, (3rd sibling) died in the early 60's following her mother's death. Causes of their deaths were not given. Both parents were in the home when patient was a child until patient reached age 11, at whic time her father was convicted of embezzlement and later convicted of murder. She remembers very little about her father. Her father served time at Huntsville and died there in 1951. Patient's mother apparently owned or leased a drug store and patient and her siblings assisted their mother in managing it.

Patient has worked throughout adulthood. Her last place of employment was Montgomery Wards, 12 years. She terminated her employment there in 1974.

Patient has two children. She delivered her first child (presently 29-years-old) out of wedlock. Her name is Roxana Rogers, 3412 Green, Ft. Worth, Texas. Patient married and she has one son from the union. He is Marvin Nelson, 7245 Jewell, Ft. Wort Texas (21-years-old). Patient's husband died in 1972.

Patient stated that she was never close to her siblings and gave the impression that she had a closer relationship with her mother and grandmother. She refuses to communicate with her sister and has not seen her since 1977. She also does not keep in touch with her daughter or son, but stated that her son lived with her until some time in the recent past. She stated that her son moved out of her duplex and told her that she "wasn't dying fast enough."

Patient attended both Baptist and Methodist churches as a child, but stated that she is not presently a member of either denominations. She stated, "I am against Jesus."

CONTINUED....

**Continuation Form**

Dated July 31, 1981

To be completed whenever a standard PORS form does not provide adequate space for the required entry.

NELSON BETTY 068535
DOB 12 26 1925 NONE 681
PC A F W 7 29 1981
TARRANT WARD
COMM BY BEXAR SASH

ASSESSMENT AND RECOMMENDATIONS: The patient is a 55-year-old, white female, approximately 5 ft. 9 in. in height, soft-spoken, friendly, cooperative and courteous. She has lived in the Ft. Worth area for many years, but has severed her relationship with her children and her sister in North Carolina. She describes herself as a "people's person" who is compassionate. She enjoys interacting with the public and has held jobs in the past dealing with the public. Patient showed very little emotion when giving her past history, but did become teary eyed when she talked about people not caring about each other. However, she held back the tears. When I attempted to explore her feelings regarding alienation from her family, she would not reveal her true feelings and denied that it even bothers her. Although the patient herself does not want to contact her family, I am recommending that we try to ascertain information from her daughter and son. If she is a legal resident of Ft. Worth, perhaps efforts should be made to center discharge plans around her returning there.

Patient receives $281.00 a month Railroad Retirement and $40.00 per month VA benefits. Patient will need assistance in checking with Salvation Army between the first and fifth of August, to determine whether her checks have been delivered there. Patient was oriented to time, place and person. I think it questionable as to whether patient actually struck a child. The worker at Salvation Army did not seem to be very clear on the incident and she did not verify this with other staff members at Salvation Army.

Patient is aware that her social worker will return from vacation on Monday.

[signature]
Media L. Miller, MSW
Casework Supervisor

MLM/sld

Rec'd: 7/31
Typed: 8/3

Signature

Page 2 of 2 pages Continuation of PORS 4d-1

Core Form: [xx] Yes [ ] No

1/79 BN000034 PORS-cf

## Psychiatric Evaluation

Names and addresses of relatives and other responsible persons are found in the Demographic Data subsection of the Data Base. Medical history is found in the Medical Evaluation subsection of the Data Base. Refer to Social History for historical data and to the Prior Summaries subsection of the Data Base for more extensive information on previous treatment.

NELSON BETTY 068535
DOB 12 26 1925 NONE 681
PC A F W 7 29 1981
TARRANT WARD
COMM BY BEXAR SASH

DATE: August 6, 1981

CHIEF COMPLAINT: "A doctor asked me to go in for an evaluation."

INFORMANT: Patient herself who is considered somewhat unreliable due to memory deficit.

PRESENT ILLNESS: Patient is a 55-year-old, Caucasian female widowed 9/8/72, currently living at the Salvation Army in Fort Worth since May. Recently she came to San Antonio on July 1, 1981 and has been staying at the Salvation Army where she pays for her room and board at the rate of $150 per month. The money comes from a social security check that she receives for her disability. There has been no prior hospitalization here at SASH however, the patient has several hospitalizations at the John Peter Smith County Hospital in Fort Worth with the latest being in 1977 for five weeks where she said she was treated "for hyperreligiosity." Patient claims that frequently her daughter petitions for her to be placed in the hospital and has had a very stormy relationship with her son who she says she use to beat regularly with a board. Patient makes very bizarre statements such as, "My mind is not a mind, it is a channel, and people block my channel." Patient also verbalizes the statement over and over during the interview, "caring is sharing." She has had a history of having been treated with Haldol and then she had a toxic reaction when combined with Lithium. Patient claims that when she was taking Lithium, her left arm would shake.

MENTAL STATUS EXAM: The patient came into the interview dressed in beret, knitted shawl, straight hair cut in pageboy style, with rapid speech. Mood is hypomanic with appropriate affect. She is oriented times three and exhibits a decreased recent and intermediate memory recall. Patient talks in fairly loose association with hyper-religiosity and expresses the delusion of mind control that she feels people are taking thoughts out of and putting thoughts into her mind. Patient gave very autisitic replies to similes of bike and car, saying, "I would push the pedals on the bike fast and push the pedals on the car slow." Patient also is concrete with response to similarity of apple and banana stating they both would have peels. Patient was not able to retain form and in doing proverbs stated her response to the proverb glass houses, "We all live in glass houses and are watched by other people." The parable grass is greener was replied to by, "It won't be green if we all wear shoes and wear it out." Judgement appears to be severely impaired in this individual as well as insight into her illness.

PERTINENT PSYCHIATRIC HISTORY: No recent psychiatric records are available at this time but will be sent for.

PERTINENT MEDICAL HISTORY: The patient has a history of rheumatic heart fever as a child at age 12, now has rheumatic valvular involvement of the heart. Patient also had a history of having scarlet fever and had scarring and decreased hearing in the right ear,secondary to this childhood infection,She had a right ear mastoidectomy on May 5, 1980 without any improvement in hearing. Patient admits no allergies but does detail toxic reaction to Haldol and Lithium. Patient has not been careful about her diet, eats excess salt and has not been on any cardiac medications. Current presentation is with lower extremity edema, suggestive of early cardiac failure.

CONTINUED....

**Continuation Form**

Dated August 6, 1981

To be completed whenever a standard PORS form does not provide adequate space for the required entry.

NELSON BETTY 068535
DOB 12 26 1925 NONE 681
PC A F W 7 29 1981
TARRANT WARD
COMM BY BEXAR SASH

| DIAGNOSIS: | AXIS I | MAJOR AFFECTIVE DISORDER, BIPOLAR, MIXED 296.64 |
|---|---|---|
| | AXIS II | DEFERRED 799.90 |
| | AXIS III | RHEUMATIC HEART DISEASE WITH VALVULAR INVOLVEMENT |
| | | MASTOIDECTOMY WITH HEARING LOSS ON RIGHT |
| | AXIS IV | MILD PSYCHOSOCIAL STRESSORS |
| | AXIS V | GOOD FUNCTIONING IN THE PREVIOUS YEAR |

R. D. Potterf, M.D., Ph.D.

R. D. Potterf, M.D.
Staff Psychiatrist
Travis Hall

RDP/sld

Rec'd: 8/6
Typed: 8/6

Signature

Page 2 of 2 pages

Continuation of PORS 4b-1

Core Form: [XX] Yes [ ] No

1/79

BN000036

PORS-cf

**Attending Physician's Discharge/Furlough Note**

To be completed by attending physician at time of discharge/furlough staffing.

NELSON BETTY 068535
DOB 12 26 1925 NONE 681
PC A F W 7 29 1981
TARRANT WARD
COMM BY BEXAR SASH

Date: August 26, 1981 ☒ Discharge ☐ Furlough Duration of Stay: 28 Days

Hospital Course, Findings, Procedures, Complications: Patient is a 55-year-old, Caucasian female, widowed on 9/8/72 who had previously been living at the Salvation Army in Fort Worth since May. She came to San Antonio on July 1, 1981 and was paying for her boarding room at the rate of $150 per month. The money comes from Social Security checks that she receives for her disability. Patient has had several prior hospitalizations at John Peter Smith County Hospital in Ft. Worth. This admission was precipitated by the patient's loss of contact with reality, making statements like "my mind is not a mind, it is a channel." She had a history of a toxic reaction when Haldol and Lithium were combined in treatment. Patient spent almost her entire stay on the ward dressed in the same manner, slacks, blouse and a barrette. Her mood was slightly hypomanic with some pressure of speech, judgement appeared to be severely impaired. The patient's treatment on the ward for her psychiatric illness was uneventful and she was treated with Navane, 5 mg. b.i.d. Findings: the patient's laboratory exams were entirely normal and in a cardiac series, there were no enlargement of the left atrium identified. The EKG showed a high voltage, suggestive of left ventricular hypertrophy with a normal sinus rate of 80. The patient's electrolytes were within normal as was her CBC. Urinalysis was also within normal. Patient's VDRL was non reactive. A consultation was asked for the patient to be seen in OB-GYN Clinic and revealed that she had a right oophorectomy several years ago because of ovarian cyst, her internal organs were within normal. Internal Medicine consult was asked for because of the patient's cardiac complications in the past and the findings were in keeping with rheumatic heart disease with aortic insufficiency. It was recommended that any surgery on a contaminated field should include pretreatment with an antibiotic including dental work. Patient also had optometry evaluation and a prescription was given for correction of her visual acuity problems. Complications in her treatment included the patient's having episodic elevated blood pressures, on 7/29/81 she had a blood pressure of 160/84 with a pulse of 100, on 8/10/81 she had a blood pressure of 150/90 with a pulse of 94, on 8/12/81 the patient had a pressure of 170/100 with a pulse of 110. Near the day of discharge, the patient had a blood pressure of 140/90 with a pulse of 80, it is noteworthy that the patient had frequent episodes of feeling faint and having tachycardia which were felt to be related to anxiety.

etailed Description of Patient's Condition at Discharge/Furlough: CONTINUED....

The patient was recompensated, no longer was having delusional thinking, still it was mildly hypomanic and was recompensated with regards to her cardiovascular systems. Medications at discharge included Navane, 5 mg. p.o. q.a.m. and 5 mg. p.o. q.h.s. and she was sent on discharge with her glasses prescription.

nal Diagnoses:

Psychiatric Syndromes

JOR AFFECTIVE DISORDER, BIPOLAR, 296.64 MIXED

II. Personality and Specific Developmental Disorders

DEFERRED 799.90

Physical Disorders

EUMATIC HEART DISEASE WITH ALVULAR INVOLVEMENT

~~STOIDECTOMY WITH HEARING LOSS~~ N THE RIGHT

AXIS IV MILD PSYCHOSOCIAL STRESSORS

AXIS V GOOD FUNCTIONING IN PREVIOUS YEAR

ysician's Signature

Date

BN000037