MENTAL RETARDATION SERVICES
PROGRESS NOTES - MEDICAL

Client Name: Betty Wilson

| DATE | PROB. # | NOTES |
|------|---------|-------|
| 10/5/82 | | Doing fair. Still having tremor of hands but refuses to take more medication. In fair contact. Rather withdrawn & secluded. No special complaints. Rx - R.T.C. VIII wks. O. Aranjo, MD |
| 12/7/82 | | Doing about the same. Lives с her son, who now is unemployed. Not very active during the day. Eats only from the refrigerator. Watches T.V. a lot. Appears guarded & suspicious. Rx - R.T.C. VIII wks. O. Aranjo, MD |
| 2/8/83 | | Doing fair. Worried about gaining wt. In good contact. Affect is dull & mood slightly depressed. Denies delusions or hallucinations. Rx - R.T.C. VIII wks. O. Aranjo, MD |

MENTAL RETARDATION SERVICES
PROGRESS NOTES - MEDICAL

Client Name: Bobby Nelson

| DATE | PROB. # | NOTES |
|---|---|---|
| 5-18-82 | | Pt presented to CPT staffing for treatment planning - Charts reviewed for completeness. [signatures] |
| 6/8/82 | | Continues living c̄ her son + apparently doing fair. Watches T.V. most of the day + stimulation is practically nil. Denies delusions or hallucinations. Appears guarded + distant. No complaints at present. R.T.C. 2 mos. Rx — [signature] |
| 8/3/82 | | "Doing pretty fair." Noticed to have fine tremor of hands + says he gets somewhat drowsy during the day. Eats + sleeps adequately. Not very active during the day + watches T.V. a lot. R.T.C. 2 mos. Rx — [signature] |

R-2-80
M-004-1

BN000070

MENTAL RETARDATION SERVICES
PROGRESS NOTES - MEDICAL

Client Name: Betty Nelson

| DATE | PROB. # | NOTES |
|---|---|---|
| 12-15-81 | | Pt states she's done well since last visit — has moved c son to a better house — has a bed of her own, seems more better c son — sleeping ok — appetite unchanged — quite friendly today — answers appropriately — no social activities — can't come to clinic due to no transportation — no meds — G/moved to Summit [illegible] 2nd wk. [signature] |
| 3/9/82 | | Pt. doing fair. Says she has been somewhat restless during the day & feeling at times depressed. Pt. rather inactive at home & just watches T.V., etc. Will adjust her meds. Rx = RTC VIII wks. [signature] Brampton |
| 4/6/82 | | Still feeling nervous & tense but to a lesser extent than before. Pt. dresses strange, & is rather seclusive & withdrawn. Affect is shallow. Rx = RTC VIII wks. [signature] Brampton |

R-2-80
M-004

BN000071

MENTAL RETARDATION SERVICES
PROGRESS NOTES - MEDICAL

Client Case Number: 114999
Client Name: Betty Nelson

| DATE | PROB. # | NOTES |
|---|---|---|
| 11/19/81 | | See information supplied by S.A.S. SS y/o widowed W/F returns to this clinic after a yr's absence. She says she went to S.A. to visit + stayed — the Salvation Army for a month. She also makes reference to having had a "test stroke". I went to S.A.S.H. for observation. Pt. has a Hx. of several psychiatric hospitalizations at J.P.S.H. + has been delusional, hallucinatory + paranoid in the past. Presently she's living c̄ a son here — F.W. + is taking Navane 5-g b.i.d. Supports herself c̄ railroad retirement + pension. On M.S. this is a quiet + cooperative middle age W/F. c̄ non-spontaneous, but coherent speech. When pressured c̄ definite questions she gets defensive + somewhat paranoid. Denies hallucinations, but she gives evidence of delusional thinking + loose associations. Judgment + insight are impaired.  Imp: 296.64  Rx: Navane 5-g b.i.d. #6  R.T.C. IV wks.  A. Crangi |

MENTAL RETARDATION SERVICES
PROGRESS NOTES - MEDICAL

Client Case Number _____
Client Name  BETTY NELSON

| DATE | PROB. # | NOTES |
|---|---|---|
| 11-26-80 | | OT IN JPSH - T-H - [signature] RN |
| 1-9-81 | | [illegible] DKS APPT [signature] RN |

R-2-80
M-004

BN000073

TRINITY VALLEY MENTAL HEALTH
MENTAL RETARDATION AUTHORITY

PATIENT NAME: Betty Nelson
CASE #: 91499

**6/10/80** Neat, clean & cooperative. Psychomotor activity somewhat accelerated. Admits to hallucinatory episodes — the past (saw Jesus' body. "He is tall, about 35 to 40 ft." Reports irregular sleep pattern. Reads mostly religious books & gets bored easily. Judgment & insight are impaired.

Rx: LiCO3 — 300 mg i QM ii HS   #100
Advised to get Li level a wk. before her clinic appt.
R.T.C. viii wks (nurse)

*[signature]*

**8/5/80** DNKA David Carpenter RN

**8-27-80** Lj PHONED to SUBMIT to COVER UNTIL APPT —
LITHIUM 300mg i AM ii HS. #100
LH. TO RETURN — TO HAVE LITHIUM LEVEL DONE PRIOR TO APPT

*[signature] Sally Cottrell*

**9/1/80** Came an hour late for her appt. Says she had car problems & had no money. Appears to be anxious & tense, & showing pressured speech. Denies hallucinations.
Rx: LiCO3 — 300 mg i QM ii HS
R.T.C. viii wks.

*[signature]*

BN000074

TRINITY VALLEY MENTAL HEALTH
MENTAL RETARDATION AUTHORITY

PATIENT NAME: BETTY NELSON
CASE #: 914999

3-10-80 PT STATES SHE WAS IN HOSPITAL FOR 2 WKS @ JSH - STATES SHE HAD A SEVERE REACTION TO MELLARIL + THORAZ IS NOW TAKING ONLY LITHIUM - STATES SHE'S SLEEPING + EATING WELL - NO BLURRED VISION OR FREQUENCY - HAS TRANSPORTATION PROBLEMS - WILL RTN ACCORDINGLY - G/BLOOD TO SW/NURSE LITHIUM 300 mg I AM ½ NS ½ PC LITHIUM LEVEL
RTN 1 MO ZK — Sally Catterson

4-14-80 FAILED THIS APPT — Sally Catterson

4-15-80 MISSED APPT SLIP - PT REPORTS SHE WAS HOSPITALIZED @ JSH AFTER 3-VISIT - DR BLANTON PRESCRIBED NAVAN FOR HER - WILL RETURN TO JSH 1st OF MAY - WILL BE HAVING EAR SURGERY - NOSP WAS ASKED TO FOLLOW PT ON MEDS & DO LITHIUM LEVELS —
RTN 2 MO ZK. — Sally Catterson

TRINITY VALLEY MENTAL HEALTH  
MENTAL RETARDATION AUTHORITY

NAME: BETTY NELSON  
CASE NO. 914999  
DATE: 02-11-80

FEB 1 4 198_

## MEDICAL PROGRESS NOTES:

The patient was seen following the intake, 02-07-80. When she was seen on 02-07-80, she had just been discharged from JPSH, T/9, January 25, 1980 after a month-long stay. The hospitalization at JPSH was occasioned by marked and severe religious delusions, which led the patient to fast for almost a month, in the process losing 30-35#, and during which time she was showing insomnia, auditory hallucinations and various other bizzare activities noted on the intake note of 02-07-80.

Since discharge, at which time the patient was let go on 100 mg. Mellaril, q. a.m., and 600 mg., h.s., and which medications she has continued to take up to the present, the patient has improved as far as her psychotic state is concerned. The patient is no longer delusional, is no longer hallucinating, is eating well and sleeps well. However, the patient shows fairly severe extrapyramidal side effects from the 900 mg. Mellaril per day. The patient, when she entered the interview, was somewhat stiff in her gait and her affect was noted to be quite flat. The patient's mood was good, her only concern being the stiffness, the dryness of the mouth, blurred vision which will not allow her to read very well, and some intermittent difficulty with urination.

Other than the obvious extrapyramidal side effects, the patient appears, by history and by observation, to be doing fairly well. Her prognosis is, in my opinion, very guarded, but she lives with her son who does care for her and does watch out for any recurrence of symptomatology. The son is apparently fairly supportive of the patient.

MEDICATIONS: Mellaril will be reduced to 200 mg., b.i.d., #62, no refills.  
Cogentin, 2 mg., q. a.m., #31, no refills.

REAPPOINTMENT: The patient will be reappointed in four weeks to the R.N..

Hal H. Frazier, M.D., Psychiatrist

HHF:pmt

R - 02-13-80  
T - 02-13-80

| | |
|---|---|
| TARRANT COUNTY MENTAL HEALTH MENTAL RETARDATION SERVICES | CLIENT CASE NUMBER 514999 |
| ADMISSION RECORD | CLIENT NAME Betty Nelson |

I. Presenting Problem
II. Medications and Relevant Medical
    (May substitute Nursing Assessment)
III. Relevant Information
    A. Subjective
    B. Objective

IV. Conclusions
V. Impressions
VI. Initial Client Plan
VII. Identify Casemanager

(Use successive pages as needed - signature and date on last page)

I. This client was referred to this clinic for med management following her discharge in Aug 1981 from San Antonio State Hospital. She was last seen in this clinic in Nov 1980. She states she ran out of meds on "Sept 27, 1981" due to missing 1st appointment. In last 2 days has had initial and interrupted sleep disturbance. Currently living c son.

II. Was discharged on Navane 10mgm c BID. Pt states the doctors at SASH told her not to take the lithium salt due to Heat Stroke Summer 1980 "which aggravated her Double heart murmur and damaged my heart more, it also caused my feet to swell." Client states she had rheumatic fever age 12. Surgery on Rt ear (? mastoids "her statement) May 1980. See Nursing assessment for further data.

III. This pt has a history of multiple hospitalizations and religious delusions. She says gave them (religious delusions) up when she left SASH. She has previously been dx as schizo affective and manic depressive. At present appears in remission. Was Oriented x 4, good recent and remote memory, speech pressured, answers to questions were direct and circumstantial, affect flat, no evidence of Tangential thought delusions or hallucinations.

R-9-81
E-001-1

SIGNATURE/TITLE OF INTERVIEWER/DATE

B. Brought visit from EASY Staff. Warm manner + B&D. It was [illegible]. Smacked her mouth as if lips were dry. Talked in loud manner; well dressed. Had to go ask son if she could come in for nursing eval this Fri and seemed worried he would not like it if she says she has [illegible] [illegible].

IV. Due to orientation, memory, lack of tangential or excessive thought process, denial of religious pre-occupation or delusion it appears she is in remission of [illegible].

V. Based on past history in chart and from what little she told me, I believe this is a schizo-affective disorder but can not r/o of grant m-D illness. At present is in remission.

VI. Have set her up for nursing evaluation with one of our UTA-nursing students this Fri Oct 16. Recommend continuing med management. Discussed with her possibility of Rec Social Club. [illegible]

VII. Julian Jones invited [illegible] up by medical services.

[illegible signature] Julian Jones MD

R-9-81
F-001
BN000078

TARRANT COUNTY MENTAL HEALTH
MENTAL RETARDATION SERVICES

CLIENT CASE NUMBER 914555
CLIENT NAME Betty Nelson

ADMISSION RECORD

## ADDENDUM PAGE

III A. Additional subjective data

Since being seen here last. She lived by herself in family duplex. In May 1981 moved to Salvation Army when "my son said he was going to put me in convalescent home" because "he said he was tired of bothering me". She lived at Salvation Army - F.W. until July 1981 when she moved to Salvation Army in San Antonio "because" "I wanted to visit San Antonio". In late July 1981 a social worker took me to see "Dr McNickle" who asked me if I would go to "San Antonio State Hospital" for an evaluation". She states was discharged from SASH in late Aug 1981 (30 days). Returned to F.W. Now living c̄ son ("he was living c̄ a g and her 2 kids and she didn't like me"). Son now lives alone. She sleeps on the floor ("we only have one bed". Son is trying to sell this house and they "plan to move back into a duplex my husband left me". She currently is without her glasses ("broke them") due to "don't have enough $ to fix them". Pt signed consent for release of info to SASH which I read to her. To be sent.

Signature/Title of Interviewer/Date: [signature] MSW 10/13/81

R-9-81
E-001-2

MEDICAL INTERVIEW

Name _Betty F. Nelson_   Sex: M (F)   Age _51_   Date _Mar. 29, 1975_

Chief Complaint _Medication continuation_

Referral Source _Service Reception_

Medical History:
  Hospitalizations -
    ~~Fort~~ Doctor's General's Hospital (1970) (fainting spells)

  Medications (Physician prescribing medications) -
    Past - none

    Present -
      Eskalith 300 mg. T tid
      Haldol 10 mg T @ hs
      Colace 50 mg bid    Cogentin 2 mg bid.

  Surgeries and Injuries -
    none

Allergies:
  Foods -
  Medicines -         none
  Others -

BN000082

Habits (Duration, changes)-
Tobacco- No

Narcotics- No

Sedatives- No

Marijuana- No

Street Drugs- No

Alcohol- No

Coffee- No

Tea- No

Colas- No

BN000083

1. GENERAL APPEARANCE:

   (Neat), (clean), well-dressed, unkempt, dirty, disheveled, bearded, eye contact, long-haired, accelerated, retarded.

2. ATTITUDE:

   Open, cooperative, (aloof), evasive, (suspicious), (hostile), (aggressive), (demanding), (defensive), friendly, superficial.

3. MOOD: _ok_

   (Depressed), anxious, elated, (excited), apathetic, (angry), ca(lm), (combative), flat, fearful, inappropriate, (threatened), guarded.

4. ATTENTION:

   Alert, (distracted), pre-occupied, unable to concentrate, scattered, oriented, disoriented.

5. SPEECH:

   Normal, (rapid), (rambling), disconnected, blocked, curt, brief, hesitating, flighty, slowed, retarded, loud, mumbling, incoherent.

6. SENSORIUM:                     Poor    Fair    Good

   Orientation:                            ✓       ✓
   Memory:                                         ✓
   Intelligence:                           ✓
   Judgment:                       ✓
   Insight:                        ✓

7. ATTITUDE TOWARDS SELF: _This pt. was too uncorperative_.

   Normal, guilt, pre-occupied with physical complaints, egotistical, feels inferior, feels unreal and abnormal, satisfied, wronged.

8. ATTITUDE TOWARDS PROBLEMS: _unable to detect_

   Nothing wrong, worried, blames others, paranoid, ambivalent, guilty, embarrassed, confused, indifferent, seeks help, rationalizes.

9. INFORMATION:

   Logical, well organized, (circumstantial), illogical, inconsistent, vague, incoherent, delusional, incomplete, jumbled, confused.

10. MOTOR BEHAVIOR:

    _Agitated, jittery_

BN000084

## PERSONAL PROBLEMS

1. ✓ Anxiety –

2. No Obsession/Compulsion –

3. No Phobias –

4. ✓ Marital Discord – Husband deceased 9/8/72 of heart attack after 17½ years of marriage

5. No Family Discord –

6. No School –

7. No Employment –

8. No Depression –

9. No Withdrawal –

BN000085

10 Yes Hostility -

11 No Sexual Problems -

12 No Trouble with the law -

13 No Suicidal Thoughts -

14 No Homicidal Thoughts -

15 No Dissociation/Depersonalization -

16 Yes Poor Insight -

17 Yes Hallucinations
    Auditory - Yes

    Visual - Yes

## INDIVIDUAL AND FAMILY MEDICAL HISTORY

1. ~~N~~ Seizures -

2. ~~No~~ Nervous Conditions - Pt.

3. ~~Yes~~ Migraines - Son

4. ~~Yes/No~~ Diabetes - Brother

5. ~~No~~ Kidney -

6. ___ Glaucoma -

7. ___ Thyroid -         Refused information

8. ___ Tuberculosis -

9. ___ Heart Disease -

10. ___ Cancer -

11. ___ Liver -

12. ___ DLMP -

13. ___ Reproductive Dysfunction -

SLEEP DISTURBANCES -

____Increased Sleep Duration:

____Decreased Sleep Duration:

____Disrupted:

____Nightmares:

____Difficulty Getting to Sleep:

____Difficulty Staying Asleep:

*Refused information*

____Insomnia:

____Reversed Circadian Rhythm:

APPETITE DISTURBANCES -

____Weight Gain:

____Weight Loss:

____Anorexia:

____Nervous Eating:

## PSYCHIATRIC HISTORY

NONE -

HOSPITALIZATIONS - *Elmwood*

OUTPATIENT CARE -

FAMILY PSYCHIATRIC HISTORY -

BN000089

SOCIAL HISTORY

MARITAL STATUS -

EDUCATION LEVEL -

EMPLOYMENT -

PEER GROUP -

HOBBIES -

HISTORY OF PRESENT ILLNESS: Pt. very angry uncooperative, demanding. Refusing to answer questions. Stated she did not need our help "God would help her." Much hostility shown toward daughter. 17 y/o son lives with mother & states she is acting the same as before she went into hospital. Schedule č Dr. Strod

Referrals: for re-evaluation. Suggest daughter & son come in for counselling. Pt. looked angry, posture very erect & military, tone demanding.

_Sheila Fuller, R.N._
Interviewer                              BN000090