

MN Med. Recs. - Dr. Louis
U.S. v. Marvin Nelson

## David Louis, MD
### FAMILY PRACTICE

Triple i / CliniForms
**PROGRESS NOTES**

Name: Nelson, Marvin    12/13/57    SS# _____    Page # ___

| DATE | NOTES |
|---|---|

**MAR 01 2002**
BP: 130/70
TEMP:
WT: [crossed out]
HT: [crossed out]
med: —
allergy: NKDA

S. Comp. Ehr c labs reports
O. [illegible]
    cor. [illegible]
A. ↑ lipid / LDL
— low fat diet / Reg. exercise
— Pt prefers non-pharmaceutical approach x 6 mo. If still ↑ lipid will start med tx
— pamphlets given

**APR 12 2002**
BP: 116/70
TEMP: 98°
WT: 183 lbs
HT: 71½
med: [illegible]
allergy: NKDA

Q&A on [illegible]
[illegible]
fever

S. Food poisoning → last night (? duck confit paté?)
    nausea/vomit                                    (wife sick too)
    back = L side pain                              Mylanta no help
    Q&A on etoh, fevers                             Pepcid
    O. Heart [illegible]                            PeptoBismo
    Chest ⊖                                         labs
    Abd                                             will need
    ORK — sore back L                               to F/U
    Skin ⊖                                          lipid
    Neuro ⊖
    nodes ⊖       → vomit ↑
A. AGE, L back pain, food poisoning
P. PB + Toradol prn, Compazine 25 [illegible] change to 10 [illegible]
   Phenergan 50 mg [illegible], Ret. [illegible]




**ZANTAC 75®**
*Is Proven To Be a Powerful PPI Complement*

RECOMMEND ZANTAC 75®

Zantac 75 is indicated for the relief of heartburn associated with acid indigestion and sour stomach.
Distributed by Warner-Lambert Consumer Healthcare.

Day or Night, Science Makes The Difference

**David Louis, MD**
**FAMILY PRACTICE**

**Triple i / CliniForms**
**PROGRESS NOTES**

Name: Nelson, Marvin  12/13/59   SS# _____   Page # ___

| DATE | NOTES |
|---|---|

NOV 07 2002

BP: 126/78
TEMP: ____
WT: 183 shoes & jacket
HT: ____
med: BC
allergy: vicodin

Rv c pt/wife

S  I'm better
O  smiles
   Can move, still some guarding of
   ® flank & iliac crest
   R&A on meth—
   options
   Off narcotic already
   on Elavil
   Neurontin
A  LBP
P  Try acupuncture
   Cont c Elavil 10mg BID
   Neurontin 300 BID
   RTC / wk

NOV 14 2002

BP: 126/74
TEMP: ____
WT: 182 shoes
HT: ____
med: RC
allergy: vicodin

S  I'm better
   Still some pain
   Still going through P.T.
   wife is pregnant
   happy & excited
O  stand + move comfortable
A  LBP
P  Rx care, try out his driving 1 hr f/d
   and seat is bench. reclining is more
   comfortable
   painful
   So, RTW 11-18-02 c reclining seats !!!





**Please visit our Web site at**
**www.nexium-us.com**

NEXIUM is a registered trademark of the AstraZeneca group of companies.
© 2002 AstraZeneca LP. All rights reserved.   209030   8/02

**Nexium®**
(esomeprazole magnesium)

**David Louis, MD**
**FAMILY PRACTICE**

Triple i / CliniForms
PROGRESS NOTES

Name: Nelson, Marvin A. 12-13-59    SS# _____    Page # ___

| DATE | NOTES |
|------|-------|
| JAN 06 2002 NSZP | |
| MAR 05 2003 | S: Fm, but his rt thumb, serious depression smashed ® thumb PIP jt 3 wk ago |
| 116/74 | O: Heent Nms Chest ⊖ BACK ⊖ Abd ⊖ sm |
| BP ahead | EXT → ® thumb PIP jt swollen, tender ROM slow, stiff |
| med: a | A: OA, stress, anxiety |
| sening see list | P: X Ray Ret to work 1-15-03 Refuse meds (ψ) xajt Naprosyn 500 BID pc listened, praise, counselled |
| APR 02 2003 | S: Fm maj jo, wrists, thumbs painful O: Heent Chest ⊖ (LAWYER involved Abd ⊖ to deal c job situation nodes EXT - ache thumb, wrist A: OA, sleep disturb, Paxil helpful P: Δ to Voltaren 75 BID glucosamine / Ret 1 m Paxil 12.5 CR Ambien 5mg |
| 122/90 | |
| log chest +chest | |
| med: a | |
| sening see list | |



Please visit our Web site at
www.nexium-us.com

NEXIUM is a registered trademark of the AstraZeneca group of companies.
© 2002 AstraZeneca LP. All rights reserved.    209030    8/02
Nexium
(esomeprazole magnesium)

 Hill Physicians Medical Group, Inc.

P O Box 5080
San Ramon, CA 94583
925-820-8300

APR 0 2 2003

## AUTHORIZATION REQUEST NOTIFICATION

David Louis MD
350 30th St #540
Oakland, CA 94609

Authorization #: 2292335
Print Date: March 28, 2003
Status: App Clinical Guidelines

### PATIENT INFORMATION

Patient ID#: 4561593550*000
Patient Name: Marvin A Nelson
Patient DOB: December 13, 1959
Health Plan: Blue Shield of California
Plan ID: BS_0050U
Product: Blue Shield Access Plus

Sub. ID: 4561593550*000
Sub. Name: Marvin A Nelson
PCP: David Louis MD
Address: 350 30th St #540
Site: Oakland Office 09
Location: East Bay

### PROVIDER OF SERVICE INFORMATION

Ordering MD: Carvel B Tefft MD
Date Ordered: 10/23/2002

Provider: Pic-Mcmi

### REQUESTED SERVICE(S)

Diagnosis:  1) 724.2
            2)
            3)

Procedure(s):  1) 72148
               2)
               3)
               4)
               5)
               6)

Modifier(s):  1)
              2)
              3)
              4)
              5)
              6)

Proc/# Treatments:

### AUTHORIZED SERVICE(S)

Authorization Type: Mri/Ct

Procedure(s):  1) 72148
               2)
               3)
               4)
               5)
               6)

Modifier(s):  1)
              2)
              3)
              4)
              5)
              6)

Units/Days: 1
Units/Days:
Units/Days:
Units/Days:
Units/Days:
Units/Days:

Consult Only: N
App. Dts: October 23, 2002 thru October 23, 2002
# Treatments: 1

### COMMENTS

This authorization certifies medical necessity only. This guarantees payment only if the member proved to be eligible at the time services are rendered. Only services specifically authorized on this form will be considered for payment.
PCP Copy

P.O. Box 5080 ➤ 2401 Crow Canyon Road ➤ San Ramon, California 94583-0980 ➤ Phone (925) 820-8300 ➤ Fax (925) 820-4311
1792 Tribute Road ➤ Sacramento, California 95815 ➤ Phone (916) 286-7000 ➤ Fax (916) 286-7070
www.hillphysicians.com

DL000031



PERALTA IMAGING CENTER  
AFFILIATES IN IMAGING  
A MEDICAL GROUP, INC.  
450 30TH STREET  
OAKLAND, CA 94609  
(510) 869-8800

WEST PAVILION

```
NAME: NELSON,MARVIN A                    PT: O/P  Loc: DIS
MR#:  1229610                            ORD MD: LOUIS,DAVID
KP#:                                     ATT MD: LOUIS,DAVID
DOB:  12/13/59                           ADM MD: LOUIS,DAVID
AGE:  43Y  Sex: M                        REF MD: LOUIS,DAVID
Account # 0306500842                     COPY FOR: LOUIS,DAVID
Check-in Date: 03/06/03 1620

   Chk-in #    Order      Exam
    859109     0001       3140    XR FINGERS*R
```

Exam Detail   : XR FINGERS*R

Exam Start    : 03/06/03 1614

RIGHT THUMB

March 06, 2003
code 73140

INDICATION: Pain.

FINDINGS: There is no fracture seen. There is no significant joint disease identified.

IMPRESSION: No significant bone or joint findings.

                         Read By:    RICHARD KEENE, M.D.

TRANSCRIBED BY:CL

THIS REPORT HAS BEEN ELECTRONICALLY SIGNED

SIGNED REPORT
JEFFERY BLACK, M.D.         CHARLES E. FISKE, M.D.       YURIRIA LOBATO, M.D.        Page 1
LESS T. CHAFEN, M.D.        SANGEETA GAMBHIR, M.D.       MICHAEL MAIMAN, M.D.        PHILIP J. RICH, M.D.
FRED CHIN, M.D.             STEVEN B. HAMMERSCHLAG, M.D. ANDREW MALCOLM, M.D.        GARY G. SHRAGO, M.D.
EDWARD DRASIN, M.D.         IRA E. KANTER, M.D.          CARL J. MANI, M.D.          YVONNE SUN, M.D.
HAYDEN EVANS, M.D.          RICHARD KEENE, M.D.          STUART MANSFIELD, M.D.      JUANITO VILLANUEVA, M.D.
MICHAEL J. FAER, M.D.       PATRICIA KIM, M.D.           PATRICK J. PERKINS, M.D.    BURKE L. WINGET, M.D.
                                                                                    DL000032
                           IMAGING CONSULTATION                                     AS-006
                                                                                    86-2506-3 (1/02)

Q&A re anger
frustration
sleep
meds
job
transfer
sister/wife
finance
serenity prayer

(A) BACK PAIN, situational, sleep Δ

(P) Ambien 5mg (12) NR
Paxil 12.5 CR (samples)
Ref 2 Wk
off full duty until 1-6-08

# BDI®—PC

**PATIENT SELF-EVALUATION**

Patient's name: Marvin A. Wilson          Date: 12/3/02

**Instructions:** This questionnaire consists of seven groups of statements. Read each group of statements carefully, then pick out the **one statement** in each group that best describes the way you have been feeling during the **past 2 weeks, including today.** Circle the number beside the statement you have picked. If several statements in one group seem to apply equally well, choose the statement with the highest number beside it.

**Sadness**
- 0 I do not feel sad
- 1 I feel sad much of the time
- **(2)** I am sad all the time
- 3 I am so sad or unhappy that I can't stand it

**Pessimism**
- 0 I am not discouraged about my future
- 1 I feel more discouraged about my future than I used to be
- **(2)** I do not expect things to work out for me
- 3 I feel my future is hopeless and will only get worse

**Past Failure**
- 0 I do not feel like a failure
- 1 I have failed more than I should have
- **(2)** As I look back, I see a lot of failures
- 3 I feel I am a total failure as a person

**Self-Dislike**
- 0 I feel the same about myself as ever
- 1 I have lost confidence in myself
- **(2)** I am disappointed in myself
- 3 I dislike myself

**Self-Criticalness**
- 0 I don't criticize or blame myself more than usual
- 1 I am more critical of myself than I used to be
- 2 I criticize myself for all of my faults
- **(3)** I blame myself for everything bad that happens

**Suicidal Thoughts or Wishes**
- **(0)** I don't have any thoughts of killing myself
- 1 I have thoughts of killing myself, but I would not carry them out
- 2 I would like to kill myself
- 3 I would kill myself if I had the chance

**Loss of Interest**
- 0 I have not lost interest in other people or activities
- 1 I am less interested in other people or things than before
- **(2)** I have lost most of my interest in other people or things
- 3 It's hard to get interested in anything

Total Score: 13

Copyright © 1996 by Aaron T. Beck.
All rights reserved.

DL000052

David Louis, MD

Triple i / CliniForms
PROGRESS NOTES

Name: Nelson, Marvin  12/13/59   SS# _____   Page # ____

| DATE | NOTES |
|---|---|
| FEB 1 5 2005 | FN, grey phlegm |
| | T: 122/86 ♀ ☺   getting more rest |
| | 1 ☐ shoes & jacket   Heart ⊖ |
| | Chest was chunky |
| med: RX | overall better |
| | smiles |
| | even at work, his attitude made it better |
| | A bronchitis, depression resolved, overall better |
| | P Ret 1mx pr |
| | Cont c meds, vitamin |
| | NAD, praise |
| MAY 1 7 2005 | N SW |


What are your patients taking for relief of **intermittent heartburn?**
For free samples, www.Zantac75.com
Zantac 75 is indicated for the relief and prevention of heartburn associated with acid indigestion and sour stomach.
Distributed by Pfizer Consumer Healthcare, Morris Plains, New Jersey 07950 USA © 2003 Pfizer ZAN4252795
pfizer


Little  Just Right