MN Med. Recs. - Dr. Levine
U.S. v. Marvin Nelson

Marvin Nelson

3/31/05 — Cont. fired from company for threatening an employee —
problems c anxiety —
copies company?

"I have always had an anger problem" —
"I don't suppress things I'm not aware of" —

Job: "it was overwhelming to me" —
got written up for yelling
Fearful —

Married x 3½ yrs — together x 7 —

"I have a problem c emotions / yelling"

H/o childhood abuse —
"I had to fight to survive"
Raised in Tx —

5 yrs ago — yelled @ someone —
lots of stress —
episodes of not remembering —

Rx: 3 mos ago — started Elavil / other meds? — (2?) —
"made me a zombie"

PCP = David Lowe, internist —

Bought house from [illegible] in low in Castro Valley

Sleep — Ambien

Fhx: mo — "Manic Depressive / Schizophrenic"
Burnt our house down —

PMHx: Lovastatin for high cholesterol —

c/o grogginess, need to take naps —

fR

Denies alcohol — drugs — Bzo

Imp: Intermittent Explosive
     Dx:
     R/O TLE

Plan: Start Klonopin 0.5 y
      √ EEG
      get records of old visits

"I'm a wreck"   "Danny SD"
very anxious, but spaced out

Phone, but language ok
Cont'd Depakote 500 BID —

5/19/05
Feeling somewhat better —
Taking Lexapro 10
Depakote 500 BID —
taking Ambien 5 prn for sleep —
will be transferring to Kaiser
Still distraught, but I'm thinking
more clearly —
"Lexapro has helped settle the anxiety"

Plan will try Celexa 40
Depakote 500 BID
Restoril 15

Marvin Nelson

4/6/05  Mtg c̄ Christie — wife
Married x 3 yrs — together x 7 yrs —
Elavil + Ag[?] — was on Seroquel —
"gets into psycho rage" —
numerous times where "he goes off" — "doesn't
even remember it" —
easily aroused —
EtOH use yesterday
Klonopin 0.5 → over-sedated
using cigarettes to calm self —

PMHx: And Effexor, Depakote
would very likely right now —

Plan: Start Depakote ER 500
                              HS

4/13/05 — Trying to be positive —
Plan: ↑ Depakote 500 BID —

4/27/05 — Having difficulty staying focused
on Depakote 500 BID —

# ALTA BATES SUMMIT MEDICAL CENTER
## BERKELEY, CA

ASHBY CAMPUS                                                HERRICK CAMPUS
2450 Ashby Ave                                              2001 Dwight Way
(510) 204-1602                                              (510) 204-4543

## ELECTRO-NEURODIAGNOSTIC DEPARTMENT

RM: OP

| Name : NELSON, MARVIN | DOB: 12/13/1959 | Date: 4/4/2005 |
|---|---|---|
| Referring MD. RICHARD LEVINE | | Record #: 35,478 |

HISTORY: Violent outbursts with lack of recall of event.

PATIENT COOPERATION: Good.

EEG DESCRIPTION: This EEG revealed well-formed alpha activity at approximately 9-10 Hz. Background rhythms were symmetrical when the right and left hemispheres were compared. There were no epileptiform appearing discharges at any time during this EEG. During drowsiness the recording revealed disorganization of background rhythms with an excess of theta activity at 5-6 Hz.

ACTIVATION PROCEDURES: Hyperventilation and photic stimulation did not activate the recording.

EKG: Normal sinus rhythm, at a rate of 66 beats per minute.

INTERPRETATION: This is a normal EEG.

DD: 04/05/2005
DT: 04/06/2005
BCR/at

                                                    Brian C. Richardson, M.D

| POLYSOMNOGRAPHIC SERVICES | MONITORING | EVOKED POTENTIALS |
|---|---|---|
| SLEEP APNEA<br>MSLT Narcolepsy | 24 & 48 hrs EEG ambulatory<br>24 & 48 hrs Video Monitor | Visual Evoked Response<br>Auditory Evoked Potential<br>Somatosensory Evoked |