MN Med. Recs. - South Co. Crisis Clinic
U.S. v. Marvin Nelson

# CRISIS PROGRAM
## Alameda County Mental Health
### CRISIS Evaluation

| ☐ 81166 | ☒ 01AY1 | ☐ 81163 | ☐ 8162A6 |
|---|---|---|---|

CLIENT NAME: _MARVIN NELSON_

DOB: _12/12/59_

Staff Name: _YVONNE LOPEZ_

Was a 2nd staff needed for safety reasons? Yes _____ No _X_

If yes, Co-Staff Name: _____

DATE
Input By
CLIENT NUMBER
Staff#
Co-Staff#

Start Time:          End Time:          Face to Face (Hr/Min)

PROCEDURE CODE:  90801-433 Eval    371 Crisis Int    690 Non-B    Total: (Hr/Min)

LEGAL STATUS:          LOCATION:    1 = Office, 2 = Field, 3 = Phone

REFERRED FROM:                          RU#

NOTES:

1.    IDENTIFYING INFORMATION (Describe client and state what is the problem today):

44 y/o white male went to Sausal Creek 11/4/05 c/o depression. Ct was sent to Villa short stay 11/8/05. Ct left AMA on 11/13/05 after "assault" by other Ct and feeling "threatened" by night staff. Ct was given Wellbutrin, Trazadone, Ambien & Ativan while in Villa. Ct only D/C with 3 days of Wellbutrin.

COMMUNITY FUNCTION/ Individual exhibits a substantial impairment in the following area(s):

___ Community living arrangement
_✓_ Daily activities, including employment, household responsibilities, and attending scheduled programs
___ Social relationships, including the ability to establish and maintain relationship and social support systems
___ Health, including the ability to maintain physical and mental health and manage own medications

Ct fired from job after 9 yrs of tech training manager. Ct states harassed by other employees and threatened an employee, but does not recall incident. Ct married 4 yrs, has 37 y/o daughter. Ct ran away at 12 after father's death and lived in Europe 12-16 yrs. Mother died when Ct was 29 y/o. Ct lives off of savings. Did not finish H.S. some college classes.

3.    SYMPTOMS:      ⊕ Repeated presence of psychotic symptoms
                      ⊖ Suicidal ideation or acts
                      ⊖ Violent ideation or acts to persons or property

Ct denies SI, but states experiencing many dreams about SI, but would not act on any SI thought because "I don't want to go to hell." Ct stated "severe depression" for past 3 yrs. Losing job has made things worse. "Crying machine" is how ct described SI.

SC000002

4. **BRIEF STATEMENT OF MENTAL STATUS AND PSYCHIATRIC HISTORY INCLUDING DRUG AND ALCOHOL ABUSE:**

Ct casually dressed, age appropriate - appears stated age, facial expression - depressed/sad - tearful during intake, cooperative. Psychomotor activity - normal, Mood - depressed/despairing, Affect - Mood congruent. Speech - a bit dramatic. Denied AH, VH, Thinking - a bit of hopelessness. Ct able to process logically, Alert. Ct oriented X3. Ct states using meth daily since 6/05 "self medicate." No meth since 11/4/05. Ct states testing ⊕ positive at Sausal Creek for METH. Ct believes someone put it in her coffee at a party last weekend (10/29/05) Ct states Head Injury 20 yrs ago.

5. **CURRENT MEDICATIONS:** Wellbutrin (ran out today) SR 150 mg.

6. **DIAGNOSIS:**

Axis I    Depression NOS    R/O Major Depressive D/O

Axis II    Deferred (Some Personality D/O traits)

Axis III

Axis IV    Occupational problems

7. **DIAGNOSTIC CODES:**

Axis I [3][1][1][1][0] [ ]  Axis II [7][9][9][9][1] [ ]  Axis III [ ][ ][ ][ ][ ]  Axis IV [P]

Current Axis V [6][3]
Past Yr. [6][4]

Enter one "P" for Principal Diagnosis and one "S" for Secondary Diagnosis

Additional Diagnosis:  Axis I [ ][ ][ ][ ][ ]  Axis II [ ][ ][ ][ ][ ]  Axis III [ ][ ][ ][ ][ ]

8. **TREATMENT INTERVENTIONS, CLIENT RESPONSE, SUBSEQUENT PLANS:**

① Ct to see Dr Hague 11/17/05 @ 3:30pm

② Brief TX

③ Referral to PCP or INA depending on MD evaluation

④ Referral to Second Chance.

---

If this is one time only, check here [ ]  And Circle the Reason for Discharge Below:

01 Goals Reached    02 Goals Partially Reached    03 Goals Not Reached
04 Client Withdrew: Tx Partially Completed    05 Client Withdrew: No Improvement
06 Client Died    07 Client Moved    08 Client Discharge/Program Unilateral Decision
09 Client incarcerated    10 Admin. Discharge    11 Others

Referred to _____ RU# _____

---

9. SIGNATURE _____ , MSW    DATE 11/16/05

If interviewer is unlicensed.
CO-SIGNATURE _____    DATE _____

CRISIS.DOC (05/24/04DM)

SC000003

**Alameda County**
**Department of Behavioral Health Care Services**
**-Mental Health Division**

**Progress Notes**
Mental Health Services

Client Name: Marvin Nelson
Birthdate:
Chart No.:
PSP Client ID No.: 75128642
Admit Date:
Reporting Unit:

Respond to problems/goals/objectives of treatment plan and signs and symptoms related to diagnosis. Include treatment interventions and address changes in the client's functioning. If there is little progress, include an explanation of the limited progress. Each month the clinician will complete a client stability ranking with justification. Use the stability rating criteria procedure and assign a numeric ranking. Identify the ranking and enclose the number in the box (e.g. Stability Rating [5]). Please sign each narrative with signature and title. Each progress note must include the following headings:

| Date | Amt. of Time | Loc. | Svc. Type | Prob. No. | |
|------|-------------|------|-----------|-----------|---|
| | | | | | *State la continued* |

*ct was hit in the head with a baseball bat and suffers from migraines and "brain trauma displacement" that occur as "brain seizures." Ct also stated that he had been told of incidents in which he does not recall the incident happening. Ct states past TX for depression through MD (?) in Suwanee while employed. Past RXs include Depakote, Effexor, Paxil, Prozac, Lexapro, Trazadone clonazepam and Ambien. Ct states only sleeping 2-3 hrs a night, but not sleeping at all the last few days. Ct states little to no appetite and that wife forcing Ct to eat vegetables + fruit. Ct became tearful when remembering how caring some of the staff at Villa were to Ct. Ct said that he left Villa before he got better, but Ct "feared" night staff and stated that night staff threatened Ct. Ct left AMA on 11/13/05. Ct tends to lean towards blaming others and not taking over responsibility for action and outcomes. Since the questionable act exhibiting some personality D/O traits.*

Date:                Stability Rating [   ]

Amt. of Time: In hours and minutes    Location: Office = 1, Field = 2, Telephone = 3, Home = 4, School Satellite = 5, Satellite = 6; Service Type:

| 300 | No Show | 331 | Assessment | 361 | Medication Support | 391 | Group Rehabilitation |
|-----|---------|-----|-----------|-----|-------------------|-----|---------------------|
| 311 | Collateral | 341 | Individual Therapy | 371 | Crisis Intervention | 571 | Brokerage Services |
| 321 | Evaluation | 351 | Group Therapy | 381 | Individual Rehabilitation | 581 | Plan Development |

For AB3632 services the ending digit for each code is a (2) except for No Show

313-MA11 (1/96)

SC000004

| Date | Amt. of Time | Loc. | Srvc. Type | Prob. No. | |
|------|------|------|------|------|---|

11/17/05
371
1.30

Client in clinic for medication evaluation with Dr Hogue. The client was tearful and agitated and reported suicidal ideation with a plan to jump in front of a BART train.

The Client left Villa short stay AMA on 11/13/05 but was now suggesting that he wanted to go back to Villa for his safety.

This worker and Dr Hogue agreed that Villa would be an appropriate tx facility for the client given his current presentation (Yvonne Lopez was out of the facility at a meeting so this worker was asked to assist on the case).

This worker contacted Mae Kawamoto at Villa and presented the case to her. She suggested a Villa referral form be filled out and faxed to them and that she and Jessie Tampkin would review the case and get back to us.

The form was partially filled out when the client suggested to this worker that if he could be prescribed his medications by Dr Hogue, he would probably be OK, and said that he thought that going home to his wife was a safe and better alternative than going back to Villa at that time.

The client reported that he had run out of medications a few days ago and that just the thought of being unthout meds made him quite anxious. Thus, with a prescription from Dr Hogue, the client's anxiety reduced and he was less anxious and desperate. In addition, the client voiced some ambivalence about returning to Villa due to his concerns about a run-in he had with the night staff which lead to his leaving Villa AMA.

In the end, the client stated that he was not suicidal and would not attempt to jump in front of a BART train, and He also said that if his condition changed and he needed help, he knew to contact Seneca Creek, Jap, or Yvonne Lopez.

Date:                    Stability Rating [   ]

**Alameda County**
**Department of Behavioral Health Care Services**
**-Mental Health Division**

Client Name: *Marvin Nelson.*
Birthdate:                    Admit Date:
Chart No.:                    Reporting Unit:
PSP Client ID No.:

**Progress Notes**
Mental Health Services

Respond to problems/goals/objectives of treatment plan and signs and symptoms related to diagnosis. Include treatment interventions and address changes in the client's functioning. If there is little progress, include an explanation of the limited progress. Each month the clinician will complete a client stability ranking with justification. Use the stability rating criteria procedure and assign a numeric ranking. Identify the ranking and enclose the number in the box (e.g. Stability Rating [5]). Please sign each narrative with signature and title. Each progress note must include the following headings:

| Date | Amt. of Time | Loc. | Svc. Type | Prob. No. | |
|------|------|------|------|------|------|
| | | | | | *Continued* |
| 11/7/05 | | | | | |
| | | | | | Dr Hogue prescribed the client Welbutrin, which was the med the client was prescribed at Villa, and he also added a low dose of Zyprexa for what appeared to be some paranoid ideation and noticeable agitation. |
| | | | | | This worker spoke to Jessie Templen from Villa after the client left our office. Jessie stated that he was still investigating what happened between the client and his staff that lead to the client's premature discharge. He added that should the client again present in a crisis, Jessie would be happy to re-admit the client for tx. |
| | | | | | *Cal Cohn LCSW.* |
| 11/15/05 | 1 | 34 | | | This writer reviewed MD's notes to update a ct's status. Ct seen by MD on 11/10/05 and according to MD's notes presented somewhat better. Ct denied Wellbutrin continued and zyprexa increased. Ct to return to see MD week of 12/12/05 This writer will meet with ct at that time. ___, MD |

Date:                    Stability Rating [  ]

**Amt. of Time:** In hours and minutes   **Location:** Office = 1, Field = 2, Telephone = 3, Home = 4, School Satellite = 5, Satellite = 6:
**Service Type:**

| 300 | No Show | 331 | Assessment | 361 | Medication Support | 391 | Group Rehabilitation |
|-----|---------|-----|------------|-----|--------------------|-----|----------------------|
| 311 | Collateral | 341 | Individual Therapy | 371 | Crisis Intervention | 571 | Brokerage Services |
| 321 | Evaluation | 351 | Group Therapy | 381 | Individual Rehabilitation | 581 | Plan Development |

For AB3632 services the ending digit for each code is a (2) except for No Show

313-MA11 (1/96)                    SC000006

| Date | Amt. of Time | Loc. | Srvc. Type | Prob. No. | |
|------|------|------|------|------|---|
| 12/9/05 | :15 | 3 | 571 | | Ct phoned stating he needed to reschedule MD appt. Ct was scheduled to see Dr. Hagan 12/13/05 so ct states he has a court appt. Ct was rescheduled for 12/15/05 @ 4pm. — program off / mw |
| 12/9/05 | :30 | 1 | 581 | | Treatment plan done today in order for ct to continue Tx on Clinic. program ___ mw |

**Alameda County**
**Department of Behavioral Health Care Services**
**-Mental Health Division**

Client Name: _Marvin Wilson_
Birthdate:
Chart No.:
PSP Client ID No.: _75128642_

Admit Date:
Reporting Unit:

**DSM-IV Multiaxial Diagnostic Evaluation**
**Initial Assessment Summary/Treatment Plan**

## Diagnosis

**(Please complete all five Axes)**

**Axis I:** **Clinical Disorders**
Other Conditions that may be a Focus of Clinical Attention

| Diagnostic Code | DSM IV Name |
|---|---|
| 34 | Depression NOS (Principal) |
| | R/o Major Depression D/O |
| | |
| | |

**Axis II:** **Personality Disorders**
**Mental Retardation**

| Diagnostic Code | DSM IV Name |
|---|---|
| 799.9 | Deferred (Histrionic Traits) |
| | |
| | |

**Axis III: General Medical Conditions**

**Axis IV: Psychological and Environmental Problems    (Circle all that apply)**

Principal
(Check one)

A.   Problems with primary support group   Specify: _____ ☐
B.   Problems related to the social environment   Specify: _____ ☐
C.   Educational problems   Specify: _____ ☐
D.   Occupational problems   Specify: _____ ☒
E.   Housing problems   Specify: _____ ☐
F.   Economic problems   Specify: _____ ☐
G.   Problems with access to health care services   Specify: _____ ☐
H.   Problems related to interaction with legal system/crime  Specify: _____ ☐
I.   Other psychological and environmental problems   Specify: _____ ☐
J.   Unknown/Unavailable ☐

**AXIS V: Global Assessment of Functioning Scale**      Current Score: _62_
Highest Past Year Score _62_

Diagnosis established by: _Yvonne Lopez, PSW III, CRISIS_     Date: _11/16/05_
Name/Title/Agency

313-CH20A (1/96)

**2. Signs and Symptoms That Support DSM IV Diagnosis:**

44 y/o white male went to Sausal Creek 11/4/05 c/o depression. Pt was sent to villa short stay 11/5/05. Pt left villa AMA on 11/13/05 after stating he was "assaulted" by another pt & falsely "threatened" by night staff. Pt fired from job at 9 yrs on 3/05 as a tech/training manager. Pt stated harassed by other employees and threatened by an employee, but does not recall incident. Pt married 4 yrs, has 33 y/o daughter. Pt had injury at 12 after father's death and lived in Europe from 12-16. Mother died when pt 29 y/o. High school drop out. Injury not surger. Pt denied SI, but stated many & recur about SI, but would not act on any SI thoughts. c/o severe depression for past 3 yrs. Losing job has made things worse. "crying machine" is how pt described SI. Pt elicit dramatic during intake/tearful. Pt using Tofte x2 daily since 6/05 none since 11/9/05. Pt positive for MRSA at Sausal Creek, believes it was put in drink. Head injury 20 yrs ago

**3. Estimated Duration of Treatment:**

60 days

**4. Prognosis:**    Excellent ( )    Good ( )    Fair (X)    Poor ( )

**5. Medication Regimen:** ☐ No Prescribed Medication   ☑ See Medication Records
☐ Prescribed by Outside Medical Doctor (If box checked list medications with dosages and physician's name/telephone number)

**6. Tentative Discharge Plan:** Stabilize pt on appropriate Rx regiment and referral to IMA or PCP dependent on Rx regiment.

**7. Professional Disciplines Responsible and Specific Treatment Interventions/Services/Frequency:**

Yvonne Lopez MSW; Brief Tx, collateral, Brokerage services
Dr. S. Heyne, MD; medication stabilization.

**8. Long Term Goals:** Stabilize pt on Rx, reduce Sx and improve level of functioning.

**9. Short Term Goals:** Stabilize pt on Rx regiment, reduce Sx.

**Alameda County**
**Department of Behavioral Health Care Services**
**-Mental Health Division**

Client Name: Marvin Nelson
Birthdate:
Chart No.:                          Admit Date:
PSP Client ID No.:                  Reporting Unit:
75128642

**Treatment Plan**

Treatment Plan Instructions:  Define problems, symptoms and functional impairments in measurable terms.
Objectives must be measurable with timeframes.  (Please address the following areas of need that apply:  Health,
Living Arrangements, Daily Activities, Social Relationships, and Symptom Management)

Area of Need: Symptom management
Problem No.: 1  Statement: c/o depression for past 3 yrs, made him losing job
Sx increased.

| Objective(s): | Date Objective Achieved: |
|---|---|

Ct and MD working to stabile Ct on appropriate Rx regiment

Area of Need: Symptom Management
Problem No.: 2  Statement: Ct to be linked up w/PCU care in the county.

| Objective(s): | Date Objective Achieved: |
|---|---|

once stabilize Ct stable, Ct will be returned to IMH or PCP depending
on Rx.

Area of Need:
Problem No.: ____  Statement:

| Objective(s): | Date Objective Achieved: |
|---|---|

Area of Need:
Problem No.: ____  Statement:

| Objective(s): | Date Objective Achieved: |
|---|---|

313-CH20B (1/96)                                    SC000010   Page 3

Treatment Plan Instructions:  Define problems, symptoms and functional impairments in measurable terms.
Objectives must be <u>measurable with timeframes.</u>  (Please address the following areas of need that apply:  Health,
Living Arrangements, Daily Activities, Social Relationships, and Symptom Management)

**Area of Need:**

Problem No.: _____ Statement:


Objective(s):                                        Date Objective Achieved:




**Area of Need:**

Problem No.: _____ Statement:


Objective(s):                                        Date Objective Achieved:




**Area of Need:**

Problem No.: _____ Statement:


Objective(s):                                        Date Objective Achieved:




**Area of Need:**

Problem No.: _____ Statement:


Objective(s):                                        Date Objective Achieved:

**Alameda County**
**Department of Behavioral Health Care Services**
**-Mental Health Division**

Client Name: _Martin Nelson_
Birthdate:                          Admit Date:
Chart No.:                          Reporting Unit:
PSP Client ID No.: _05128642_

**Treatment Plan**

| | |
|---|---|
| Client Signature (optional) _____ | Date: _____ |
| Clinician Signature _____ ☐ LPHA/Waivered | Date: _12/14/05_ |
| Supervisor Approval _____ ☐ N/A | Date: _12/23/05_ |
| Psychiatrist Approval _____ ☐ N/A | Date: _____ |

Treatment plan changes:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

| | |
|---|---|
| Client Signature (optional) _____ | Date: _____ |
| Clinician Signature _____ ☐ LPHA/Waivered | Date: _____ |
| Supervisor Approval _____ ☐ N/A | Date: _____ |
| Psychiatrist Approval _____ ☐ N/A | Date: _____ |

313 CH20C (1/96)                                    Page 5

SC000042

**Clinician's Service Necessity Rating (Please complete only at the indicated timeframe)**

☐ **6 months**  ☐ **1 year**  ☐ **1.5 years**  ☐ _____

**Please complete the Service Necessity Rating by considering whether the client needs this level of treatment and/or services from this program to maintain community functioning in the following areas:**

| | | |
|---|---|---|
| A. Client is at risk of not having a permanent living arrangement, including being homeless or at risk of becoming homeless. (For children at risk of out of home placement) | Low Service Need | High Service Need |
| | 1    2    3    4    5 | |
| B. Client has identified need for this level of care to prevent difficulties in education/employment/day/social activities. | Low Service Need | High Service Need |
| | 1    2    3    4    5 | |
| C. Client will not have the ability to establish and maintain relationships including social support system. | Low Service Need | High Service Need |
| | 1    2    3    4    5 | |
| D. Client will be unable to maintain physical/mental hygiene including management of his/her medication. (Consider age appropriate). | Low Service Need | High Service Need |
| | 1    2    3    4    5 | |
| E. Client will exhibit psychotic symptoms, or suicidal ideation/acts or violent ideations or acts to persons or property. | Low Service Need | High Service Need |
| | 1    2    3    4    5 | |
| F. There is a high risk of recurrence to a level of functional impairment. | Low Service Need | High Service Need |
| | 1    2    3    4    5 | |

Page 6

SC000013



Behavioral Health Care Services

## Clinician's Progress Notes

| Client Name: | Marvin Nelson |
| Birth Date: | Admit Date: |
| Chart No: | |
| PSP Client ID No: | 75128642 |

Respond to problems/goals/objectives of treatment plan and signs and symptoms related to diagnosis. Include treatment interventions and address changes in the client's functioning. If there is little progress, include an explanation of the limited progress. Please sign each narrative with signature and title. Each progress note must include the following headings:

Date of Service: 12/15/05    Face-to-Face Time: :20    Total Amount of Time: :30    Location: 1    Service Type: 381    Problem(s) #(s):

Presenting Problem(s), including the reason for the visit: Ct returns to Clinic for MD F/U. Ct being TX for depression. Pt of wellbutrin and zyprexa given by MD.

Evaluation, including mental status examination: Ct presented to clinic casually dressed, appears still depressed, yet able to get through session without breaking down. Ct denied SI, states having trouble sleeping still and zyprexa "too much!"

Current ICD-9 Diagnosis (to fifth digit), Licensed Staff Only: 311

Intervention: Ct will see MD to discuss RX. Ct will continue RX, attend new Trainday classes (in Bio Tech) 6 wk program. Ct will attempt to focus on day to day activities and not overwhelm self with "big picture."

Response: Ct goes to school M-F for Bio tech training. Ct attempted to "hold it together" had time sleepy due to "dark dreams." Ct will try relaxing techs to help w/ sleep. Ct states not as edgy/paranoid as before.

Plan: Ct continue on wellbutrin & zyprexa. Zyprexa pre reduced to 7.5 mg ctr. Ct stated 10mg "knocking me out." Ct will focus on school and day to day activities and try best to avoid help felt with "entire situation." Ct attempting to extend unemployment benefit to help financial situation. Ct to return in 2 wks.

Signature with Title: [signature] MSW

| Amt. of Time: | In hours and minutes / Face-to-Face / Staff Time: | | | | | | | |
| Location: | Office = 1, Field = 2, Telephone = 3, Home = 4, School Satellite = 5, Satellite = 6  Service Type: | | | | | | | |
| 300 | No Show | 331 | Assessment | 361 | Medication Support | 391 | Group Rehabilitation |
| 311 | Collateral | 341 | Individual Therapy | 371 | Crisis Intervention | 571 | Brokerage Services |
| 321 | Evaluation | 351 | Group Therapy | 381 | Individual Rehabilitation | 581 | Plan Development |
| For AB3632 services the ending digit for each code is a (2) except for No Show | | | | | | | |

Clinician's Progress SC0000329



Mental Health Care Services

## Clinician's Progress Notes

| Client Name: | |
| --- | --- |
| Birth Date: | Admit Date: |
| Chart No: | Reporting Unit: |
| PSP Client ID No: | |

Respond to problems/goals/objectives of treatment plan and signs and symptoms related to diagnosis. Include treatment interventions and address changes in the client's functioning. If there is little progress, include an explanation of the limited progress. Please sign each narrative with signature and title. Each progress note must include the following headings:

| Date of Service: | Face-to-Face Time: | Location: | Service Type: | Problem(s) #(s): |
| --- | --- | --- | --- | --- |
| | Total Amount of Time: | | | |

Presenting Problem(s), including the reason for the visit:

Evaluation, including mental status examination:

Current ICD-9 Diagnosis (to fifth digit), Licensed Staff only:

Intervention:

Response:

Plan:

**Signature with Title**

Amt. of Time:  In hours and minutes / Face-to-Face / Staff Time:
Location:  Office = 1, Field = 2, Telephone = 3, Home = 4, School Satellite = 5, Satellite = 6 Service Type:

| 300 | No Show | 331 | Assessment | 361 | Medication Support | 391 | Group Rehabilitation |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 311 | Collateral | 341 | Individual Therapy | 371 | Crisis Intervention | 571 | Brokerage Services |
| 321 | Evaluation | 351 | Group Therapy | 381 | Individual Rehabilitation | 581 | Plan Development |

For AB3632 services the ending digit for each code is a (2) except for No Show

**Alameda County**
**Department of Behavioral Health Care Services**
**-Mental Health Division**

Client Name: Marvin Nelson
Birthdate:
Chart No.:                           Admit Date:
PSP Client ID No.:                   Reporting Unit:

**Progress Notes**
Mental Health Services

Respond to problems/goals/objectives of treatment plan and signs and symptoms related to diagnosis. Include treatment interventions and address changes in the client's functioning. If there is little progress, include an explanation of the limited progress. Each month the clinician will complete a client stability ranking with justification. Use the stability rating criteria procedure and assign a numeric ranking. Identify the ranking and enclose the number in the box (e.g. Stability Rating [5]). Please sign each narrative with signature and title. Each progress note must include the following headings:

| Date Amt. of Time | Loc. | Srvc. Type | Prob. No. | |
|---|---|---|---|---|
| | | | | This writer discussed Ct with MD. Ct was no show for 2nd time. Ct did not call, MD stated. Ct's wife left a message earlier this week asking MD to call wife. Wife stated there was something going on, but if Ct answered phone, MD should hang up. MD did not call and was to attempt to call when ct was at clinic for Flu. This writer stated Ct would be called tomorrow. *(signature)*, MSW |
| | | | | This writer received a message from Ct's wife. Wife called clinic at 5:15 pm stating Ct was very sorry for missing Flu appt and would like to reschedule an appt for asap. *(signature)*, MSW. This writer called Ct, left message that Ct to call clinic. *(signature)*, MSW |
| | 3 | 571 | | Ct calling back to reschedule MD appt. Ct stated that 1st MD appt missed because ct fell asleep, 2nd missed appt due to "something came up". Ct given appt w/ MD 1/24/06 @ 4:30 pm. *(signature)*, MSW |
| | 3 | 571 | | Pharmacy calling stating they cannot read MD's prescription wellbutrin (looks like XR) but pharmacy states no such thing. This writer stated it is the same RX as previous RXs. Pharmacy checked computer and is filling RX. *(signature)*, MSW |

Date:                           Stability Rating [   ]

Amt. of Time: In hours and minutes    Location:  Office = 1, Field = 2, Telephone = 3, Home = 4, School Satellite = 5, Satellite = 6;
Service Type:

| 300 | No Show | 331 | Assessment | 361 | Medication Support | 391 | Group Rehabilitation |
|---|---|---|---|---|---|---|---|
| 311 | Collateral | 341 | Individual Therapy | 371 | Crisis Intervention | 571 | Brokerage Services |
| 321 | Evaluation | 351 | Group Therapy | 381 | Individual Rehabilitation | 581 | Plan Development |

For AB3632 services the ending digit for each code is a (2) except for No Show

313-MA11 (1/96)                           SC000016

| Date/Time | Amt. of Time | Loc. | Svc. Type | Prob. No. | |
|---|---|---|---|---|---|
| 2/15/06 | | | | | Ct left a message on cell (??) 2/13/06 asking for appt w/ Dr. Hague. No F/U appt was made for MD last visit, ct was left a message w/ appt time 2/16/06 @ 3pm ct may be referred to IMA thereafter. — groom ___, msw |
| 2/16/06 | :15 | 1 | 361 | | This writer briefed MD on session with ct. Ct was 1 hour late → MD F/U appt and had to be rescheduled for MD next week. MD thinks RP may have run it's course w/ ct and ct may need to be referred to more appropriate level of care soon. — groom ___ msw |
| 2/16/06 | :15 | 2 | 361 | | Consulted w/ ___. Ct was again a no show to MD F/U after ct was late last week and encouraged by this writer to F/U w/ appt. ct still presently depressed, currently due to write leaving the home, ct no longer attending classes. MD suggest possible referral to WHA short stay to stabilize ct. This writer will call ct. — groom ___, msw |
| 2/17/06 | | | | | Call to ct message left. — groom ___, msw |
| 2/17/06 | :15 | 3 | 361 | | Ct called back and thought appt was today — it was scheduled to see MD 2/16/06. Ct scheduled to see MD today at 4pm. — groom ___, msw |

Date: ___    Stability Rating [ ]

SC000017