

Behavioral Health Care Services

# Clinician's Progress Notes

| | |
|---|---|
| Client Name: | Marvin Nelson |
| Birth Date: | Admit Date: |
| Chart No: | Reporting Unit: |
| PSP Client ID No: | 701 28642 |

Respond to problems/goals/objectives of treatment plan and signs and symptoms related to diagnosis. Include treatment interventions and address changes in the client's functioning. If there is little progress, include an explanation of the limited progress. Please sign each narrative with signature and title. Each progress note must include the following headings:

| Date of Service: 4/16/06 | Face-to-Face Time: :20 Total Amount of Time: :30 | Location: 1 | Service Type: 381 | Problem(s) #(s): |
|---|---|---|---|---|

**Presenting Problem(s), including the reason for the visit:**
Ct returned to clinic for F/U MD appt, but was 1 hr late. Ct being Tx in clinic for depression, Rx of Wellbutrin + Zyprexa - ct stated sleepy lately.

**Evaluation, including mental status examination:** Ct presented sad + depressed, tearful during session. Ct states problem with wife, wife left the home a few weeks ago. Ø SI, Ø HI. Ct ③

**Current ICD-9 Diagnosis (to fifth digit), Licensed Staff Only:** 311

**Intervention:** Ct was scheduled to see MD 2/21/06. Ct also was given list of sliding scale counseling in the community to seek out OT counseling for self and possibly marriage couples counseling.

**Response:** Ct stated sleeping a lot since wife left, no longer attending daily classes and ct tearful/sad about life situation.

**Plan:** Ct will return to see MD next week, as well as attempt to connect with sliding scale counseling in the community to address individual stressors as well as marital problems. Ct will call this writer should ct feel the need to talk prior to MD appt - (MD thinking Rx has run its course with ct and ct may need to be referred onto more appropriate level of care down.)

**Signature with Title** _____

| Amt. of Time: | In hours and minutes / Face-to-Face / Staff Time: | | | |
|---|---|---|---|---|
| Location: | Office = 1, Field = 2, Telephone = 3, Home = 4, School Satellite = 5, Satellite = 6 Service Type: | | | |
| 300 | No Show | 331 | Assessment | 361 | Medication Support | 391 | Group Rehabilitation |
| 311 | Collateral | 341 | Individual Therapy | 371 | Crisis Intervention | 571 | Brokerage Services |
| 321 | Evaluation | 351 | Group Therapy | 381 | Individual Rehabilitation | 581 | Plan Development |
| For AB3632 services the ending digit for each code is a (2) except for No Show | | | | | | | |



**Clinician's Progress Notes**

| | |
|---|---|
| Client Name: | |
| Birth Date: | Admit Date: |
| Chart No: | Reporting Unit: |
| PSP Client ID No: | |

Respond to problems/goals/objectives of treatment plan and signs and symptoms related to diagnosis. Include treatment interventions and address changes in the client's functioning. If there is little progress, include an explanation of the limited progress. Please sign each narrative with signature and title. Each progress note must include the following headings:

| Date of Service: | Face-to-Face Time: | Location: | Service Type: | Problem(s) #(s): |
|---|---|---|---|---|
| | Total Amount of Time: | | | |

Presenting Problem(s), including the reason for the visit:

Evaluation, including mental status examination:

Current ICD-9 Diagnosis (to fifth digit), Licensed Staff only:

Intervention:

Response:

Plan:

**Signature with Title**

Amt. of Time:    In hours and minutes / Face-to-Face / Staff Time:
Location:    Office = 1, Field = 2, Telephone = 3, Home = 4, School Satellite = 5, Satellite = 6  Service Type:

| 300 | No Show | 331 | Assessment | 361 | Medication Support | 391 | Group Rehabilitation |
|---|---|---|---|---|---|---|---|
| 311 | Collateral | 341 | Individual Therapy | 371 | Crisis Intervention | 571 | Brokerage Services |
| 321 | Evaluation | 351 | Group Therapy | 381 | Individual Rehabilitation | 581 | Plan Development |

For AB3632 services the ending digit for each code is a (2) except for No Show

# Alameda County
## Department of Behavioral Health Care Services
### -Mental Health Division

**Client Name:** Martin Nelson
**Birthdate:**
**Chart No.:**
**PSP Client ID No.:**
**Admit Date:**
**Reporting Unit:**

## Progress Notes
Mental Health Services

Respond to problems/goals/objectives of treatment plan and signs and symptoms related to diagnosis. Include treatment interventions and address changes in the client's functioning. If there is little progress, include an explanation of the limited progress. Each month the clinician will complete a client stability ranking with justification. Use the stability rating criteria procedure and assign a numeric ranking. Identify the ranking and enclose the number in the box (e.g. Stability Rating [5]). Please sign each narrative with signature and title. Each progress note must include the following headings:

| Date | Amt. of Time | Loc. | Svc. Type | Prob. No. | |
|------|------|------|------|------|------|
| 3/_/_ | :15 | 3 | 581 | | Call to Ct to check in. Ct states feeling about the same, "hopelessness takes over, gave up faith, hope worthless." Ct denies any SI. Ct states wife still gone from household. 1 yr anniversary at losing job coming up. Ct states sleeping for 2/3 days, but trying to get back into school. Ct started new dose depakote at last MD appt. Ct's PCP appt rescheduled for earlier time at 8/23/06 in ___ for this writer to f/u w/ct. ___ MSW |
| 3/_/_ | :15 | 1 | 581 | | Referral for IMA filed out for Ct. Ct failed to IMA today. ___ MSW |
| | | | | | |

Date _____ Stability Rating [ ]

**Amt. of Time:** In hours and minutes    **Location:** Office = 1, Field = 2, Telephone = 3, Home = 4, School Satellite = 5, Satellite = 6;
**Service Type:**

| Code | Service | Code | Service | Code | Service | Code | Service |
|------|------|------|------|------|------|------|------|
| 300 | No Show | 331 | Assessment | 361 | Medication Support | 391 | Group Rehabilitation |
| 311 | Collateral | 341 | Individual Therapy | 371 | Crisis Intervention | 571 | Brokerage Services |
| 321 | Evaluation | 351 | Group Therapy | 381 | Individual Rehabilitation | 581 | Plan Development |

For AB3632 services the ending digit for each code is a (2) except for No Show

313-MA11 (1/96)



| Date | Amt. of Time | Loc. | Srvc. Type | Prob. No. |
|---|---|---|---|---|

Date:                    Stability Rating [    ]

SC000021

**Butte County**
Behavioral Health Care Services

## Clinician's Progress Notes

| | |
|---|---|
| **Client Name:** Marvin Nelson | |
| **Birth Date:** | **Admit Date:** |
| **Chart No:** | **Reporting Unit:** |
| **PSP Client ID No:** 75128642 | |

Respond to problems/goals/objectives of treatment plan and signs and symptoms related to diagnosis. Include treatment interventions and address changes in the client's functioning. If there is little progress, include an explanation of the limited progress. Please sign each narrative with signature and title. Each progress note must include the following headings:

| | | | | |
|---|---|---|---|---|
| **Date of Service:** 9/23/06 | **Face-to-Face Time:** :05  **Total Amount of Time:** :20 | **Location:** 1 | **Service Type:** 391 | **Problem(s) #(s):** |

**Presenting Problem(s), including the reason for the visit:** Ct returned to visit to see MD. Ct being TX for depression in clinic. MD states ct is ready to be referred to more appropriate level of care.

**Evaluation, including mental status examination:** Ct casually dressed, sad facial expression, speech slow, mood very down — Ct "ashamed" of an positive tox screen.

**Current ICD-9 Diagnosis (to fifth digit), Licensed Staff Only:** 311

**Intervention:** Ct saw MD and refilled Rx of wellbutrin and Depakote. Ct was given a tox screen after telling MD he had used THC. Tox came back positive for THC and METH.

**Response:** Ct stated not a METH user, but "friend" may have "slipped" ct some over the weekend. Ct did admit to THC use. Ct stated he hadn't used THC for 4 days.

**Plan:** Ct was advised to discontinue AOD use & attend AOD meetings. MD stated that ct was ready to move on to IMA for F/U. Ct was given contact information for IMA and advised to call Monday (IMA) to set up F/U appt.

**Signature with Title** _[signature]_ MSW

| **Amt. of Time:** | In hours and minutes / Face-to-Face / Staff Time: | | | | | |
|---|---|---|---|---|---|---|
| **Location:** | Office = 1, Field = 2, Telephone = 3, Home = 4, School Satellite = 5, Satellite = 6 Service Type: | | | | | |
| 300 | No Show | 331 | Assessment | 361 | Medication Support | 391 | Group Rehabilitation |
| 311 | Collateral | 341 | Individual Therapy | 371 | Crisis Intervention | 571 | Brokerage Services |
| 321 | Evaluation | 351 | Group Therapy | 381 | Individual Rehabilitation | 581 | Plan Development |

For AB3632 services the ending digit for each code is a (2) except for No Show

Clinician's Progress Notes 00000199


Behavioral Health Care Services

## Clinician's Progress Notes

| Client Name: | |
|---|---|
| Birth Date: | Admit Date: |
| Chart No: | Reporting Unit: |
| PSP Client ID No: | |

Respond to problems/goals/objectives of treatment plan and signs and symptoms related to diagnosis. Include treatment interventions and address changes in the client's functioning. If there is little progress, include an explanation of the limited progress. Please sign each narrative with signature and title. Each progress note must include the following headings:

| Date of Service: | Face-to-Face Time: | Location: | Service Type: | Problem(s) #(s): |
|---|---|---|---|---|
| 4/2/06 | Total Amount of Time: | | | |

**Presenting Problem(s), including the reason for the visit:**

**Evaluation, including mental status examination:**

**Current ICD-9 Diagnosis (to fifth digit), Licensed Staff only:**
**Intervention:**

**Response:**

**Plan:**
left message for ct regarding EMA appt. ct
asked to call back to write - verify appt - _____
4/5/06 - ct left message for this writer that EMA appt
secured for 4/21/06 at 10ᵃᵐ _____ MSW II

**Signature with Title**

| Amt. of Time: | In hours and minutes / Face-to-Face / Staff Time: | | | |
|---|---|---|---|---|
| **Location:** | Office = 1, Field = 2, Telephone = 3, Home = 4, School Satellite = 5, Satellite = 6 Service Type: | | | |
| 300 | No Show | 331 | Assessment | 361 | Medication Support | 391 | Group Rehabilitation |
| 311 | Collateral | 341 | Individual Therapy | 371 | Crisis Intervention | 571 | Brokerage Services |
| 321 | Evaluation | 351 | Group Therapy | 381 | Individual Rehabilitation | 581 | Plan Development |
| For AB3632 services the ending digit for each code is a (2) except for No Show | | | | | | | |

SC000028

**Alameda County**
**Department of Behavioral Health Care Services**
**-Mental Health Division**

Client Name: _Marsha Nelson_
Birthdate:
Chart No.:
PSP Client ID No.:

Admit Date:
Reporting Unit:

**Progress Notes**
Mental Health Services

Respond to problems/goals/objectives of treatment plan and signs and symptoms related to diagnosis. Include treatment interventions and address changes in the client's functioning. If there is little progress, include an explanation of the limited progress. Each month the clinician will complete a client stability ranking with justification. Use the stability rating criteria procedure and assign a numeric ranking. Identify the ranking and enclose the number in the box (e.g. Stability Rating [5]). Please sign each narrative with signature and title. Each progress note must include the following headings:

| Date/ Time | Amt. of Time | Loc. | Srvc. Type | Prob. No. | |
|---|---|---|---|---|---|
| 4/13/06 | 30 | 1 | 581 | | Ct's chart closed. Ct referred to ITRA and second |
| | | | | | Flu appt 4/12/06. _[signature]_, MSW |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Date: _____  Stability Rating [  ]

Amt. of Time: In hours and minutes   Location: Office = 1, Field = 2, Telephone = 3, Home = 4, School Satellite = 5, Satellite = 6;
Service Type:

| 300 | No Show | 331 | Assessment | 361 | Medication Support | 391 | Group Rehabilitation |
|---|---|---|---|---|---|---|---|
| 311 | Collateral | 341 | Individual Therapy | 371 | Crisis Intervention | 571 | Brokerage Services |
| 321 | Evaluation | 351 | Group Therapy | 381 | Individual Rehabilitation | 581 | Plan Development |

For AB3632 services the ending digit for each code is a (2) except for No Show

313-MA11 (1/96)

SC000024

| Date | Amt. of Time | Loc. | Srvc. Type | Prob. No. | |
|------|------|------|------|------|------|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Date: _____     Stability Rating [   ]

| | |
|---|---|
| **Alameda County**<br>**Department of Behavioral Health Care Services**<br>**-Mental Health Division**<br><br>**Discharge Summary with**<br>**Multiaxial Diagnosis** | Client Name: Marvin Nelson<br>Birthdate:           Admit Date:<br>Chart No.:<br>Reporting Unit:<br>PSP Client ID No.: 75128642 |

Progress and Status Summary: (Please include discharge medications, financial status and living situation).

44 y/o white male came to Clinic after an episode at Sausal Creek 11/4/05 c/o depression. Ct was then sent to Villa Short Stay where he left AMA 11/13/05 after an "assault" by other Ct feeling "threatened" by night staff. RX are given wellbutrin, Trazadone, Ambien (↑doses) while in Villa. Ct only D/C with 3 days at Wellbutrin. Ct was fired from job 3/05 after 9 yrs as Tech Training manager. At intake Ct denied SI, but stated experiencing many dreams about SI, but would not act on it. c/o "severe depression" for past 3 yrs. Ct had been using THC daily since 6/05 "self medicating." Ct stated no THC since 11/4/05. Sausal Creek records stated Ct ⊕ positive for METH and Ct believes that someone put it in his coffee at a party. Ct saw Dr Hagan and started on wellbutrin and Zyprexa. At D/C Ct was stable on wellbutrin and Depakote. Ct also tested ⊕ positive for THC and METH on 2/23/06. Ct again stating that someone put it in his coffee at a friend's.

Rationale for Discharge: Ct is (?) 2) Goals Reached.

Recommendations/Plans for Future Care: (please include referrals to other services with telephone numbers).

Ct referred to ImT to continue RX.
Ct also referred to JOB TX.

Legal Status: ___

313-CH70 (1/96)

SC000026

**Multiaxial Diagnosis at Discharge**

Check if no change from admitting diagnosis on Axes I through IV ☐

<table>
<tr><td colspan="2"></td><td align="right">Principal<br>(Check one)</td></tr>
<tr><td colspan="3"><strong>Axis I:    Clinical Disorders and Other Conditions</strong> (If none, write "none")</td></tr>
<tr><td>Diagnostic Code</td><td>DSM IV Name</td><td></td></tr>
<tr><td>311</td><td>Depression NoS</td><td>☐</td></tr>
<tr><td>_____</td><td>R/O Substance abuse/use</td><td>☐</td></tr>
<tr><td>_____</td><td>_____</td><td>☐</td></tr>
<tr><td>_____</td><td>_____</td><td>☐</td></tr>
</table>

**Axis II:   Personality Disorders** (If none, write "none")
**Mental Retardation**

<table>
<tr><td>Diagnostic Code</td><td>DSM IV Name</td><td></td></tr>
<tr><td>799.9</td><td>Deferred</td><td>☐</td></tr>
<tr><td>_____</td><td>Some personality D/o traits</td><td>☐</td></tr>
<tr><td>_____</td><td>_____</td><td>☐</td></tr>
</table>

**Axis III: General Medical Conditions**

_____

_____

_____

**Axis IV: Psychological and Environmental Problems** (circle all letters that apply)

| | | Principal<br>(Check one) |
|---|---|---|
| A. | Problems with primary support group   Specify: _____ | ☐ |
| B. | Problems related to the social environment   Specify: _____ | ☐ |
| C. | Educational problems   Specify: _____ | ☐ |
| D. | Occupational problems   Specify: 4 wks still unemployed. | ☒ |
| E. | Housing problems   Specify: _____ | ☐ |
| F. | Economic problems   Specify: _____ | ☐ |
| G. | Problems with access to health care services   Specify: _____ | ☐ |
| H. | Problems related to interaction with legal system/crime  Specify: _____ | ☐ |
| I. | Other psychological and environmental problems   Specify: _____ | ☐ |
| J. | Unknown/Unavailable | ☐ |

**AXIS V:  Global Assessment of Functioning Scale(GAF)  Current Score:** 65

Diagnosis established by: Yvonne Cortez, MSW  ☐N/A  Date: 4/26/06
Name/Title/Agency

_____, MSW 4/26/06          _____ 5/23/06       ☐N/A
Clinician Signature          Date          Physician Signature       Date

_____, LCSW 4/27/06
Supervisor Signature          Date

SC000027

**Alameda County Behavioral Health Care Services Mental Health Services**

**PHYSICIAN'S INITIAL EVALUATION AND PLAN**

Client Name: NELSON, MARVIN

PSP Client No.: 7512862

Date of Birth: 14/3/59

| SERVICE DATE: 1/17/05 | FACE-TO-FACE TIME: 1:10 | TOTAL TIME: 1:30 | LOCATION: So Co |
|---|---|---|---|

| REFERRED BY: | INFORMATION SOURCE(S): | PRESENT AT INTERVIEW: |
|---|---|---|
| Villa Short Stay | pt, records | pt. |

**IDENTIFYING DATA:**
44 yo married white ♂ currently lives c wife

**LIVING SITUATION:** ☒ Own house ☐ Rent house/apt ☐ With Family ☐ B&C ☐ Homeless ☐ Other:

**INCOME: Working:** ☐ Full time ☐ Part time ☐ SSI/SSD ☐ Other disability ☐ GA ☐ AFDC ☐ Other: unemployed

**CHIEF COMPLAINT:**
Depression ⇒ Suicidal ⇒ Villa Short Stay.
Difficulty c ano..... pt ⇒ d/c.

**HISTORY OF PRESENT ILLNESS:**
Lost job — conflict at work c younger employees.
↑ in depression. Some S.I.
Some paranoia
@ Villa Short Stay:
...
Saw pt at was going through in therapy —
conflict escalated — pt felt threatened by
staff, opted to leave, now regrets leaving

**CURRENT PSYCHOTROPIC MEDICATIONS:** (include medication compliance, side effects):
Wellbutrin 150 mg BID

**PAST PSYCHOTROPIC MEDICATIONS** (include dates, results):
Prozac

**ADDITIONAL PAST HISTORY:**
∅

**PSYCHIATRIC HOSPITALIZATIONS** (with dates):
∅

**FAMILY/SOCIAL/LEGAL HISTORY:**
Large mortgage — running out of funds
conflicts c wife

313-PH-43 (4/04)

SC000028

| PHYSICIAN'S INITIAL EVALUATION | PAGE 2 | NAME: | DOB: | PSP: |
|---|---|---|---|---|

**SUBSTANCE USE/ABUSE:**     Tox Screen: (Y/N)     Results: ⌒

☐ Tobacco  ☐ Caffeine  ☐ Alcohol  ☐ Marijuana  ☐ Methamphetamine  ☐ PCP  ☐ Cocaine  ☐ Hallucinogens
☐ Ecstacy/Club Drugs  ☐ Other:

---

**MEDICAL HISTORY:** Physician(s)/clinic:                                    Phone #:

Weight:          Height:          MEDICATION ALLERGY: _NKA ._

ADVERSE DRUG REACTION:

MEDICAL HOSPITALIZATIONS/SURGERIES:

**REVIEW OF SYSTEMS** (describe yes responses below):

Cardiovascular: Y/N     Renal: Y/N     GI: Y/N     Hepatic: Y/N     CNS: Y/N     GU: Y/N     Metabolic: Y/N

GYN: Y/N     Pregnant: Y/N     Breast-Feeding: Y/N     LMP:_____     Pregnancy test: Y/N  Result:_____

_Headaches_

**MEDICATIONS FOR MEDICAL CONDITIONS:**

_Neur OTC_

---

**MENTAL STATUS** (use space provided to describe findings):

APPEARANCE:     _white ♂ Casual dress._
_Clear speech_

BEHAVIOR/ATTITUDE: ☑ Cooperative  ☐ Friendly  ☐ Pleasant  ☑ Irritable  ☐ Defensive  ☐ Hostile  ☐ Threatening
☐ Apathetic  ☐ Guarded  ☐ Evasive  ☐ Ingratiating  ☐ Hypervigilant  ☐ Impulse control problem  ☐ Other

PSYCHOMOTOR ACTIVITY: ☐ WNL  ☑ Restless  ☐ Pacing  ☐ Hyperactive  ☐ Agitated  ☐ Abnormal Gait
☐ Posturing  ☐ Psychomotor retardation  ☐ Tremor  ☐ Other

MOVEMENT DISORDER: Y/(N) (describe: AIMS as indicated):

SPEECH: ☐ WNL  ☑ Talkative  ☐ Pressured  ☐ Slowed  ☐ Hesitant  ☐ Other

MOOD: ☐ Euthymic  ☑ Dysphoric  ☐ Irritable  ☐ Labile  ☐ Expansive  ☐ Euphoric  ☐ Anxious  ☐ Angry  ☑ Agitated
☐ Fearful  ☐ Depressed  ☐ Apathetic  ☐ Detached  ☐ Other

AFFECT: ☐ Normal Range     Intensity: ☑ increased  ☐ decreased  ☐ Constricted  ☐ Blunted  ☐ Flat  ☑ Sad  ☑ Labile
☐ Inappropriate  ☐ Other
_Quite tearful at time_

SENSORIUM & COGNITION: Orientation: ☑ WNL  ☐ Impaired     Level of Consciousness: ☑ Alert  ☐ Other
Memory: Recent: ☑ WNL  ☐ Impaired     Remote: ☑ WNL  ☐ Impaired     Concentration: ☐ WNL  ☑ Impaired
Abstract Thinking: ☑ WNL  ☐ Concrete  ☐ Other
Level of intelligence/knowledge: _OK ._

SC000029

| PHYSICIAN'S INITIAL EVALUATION | PAGE 3 | NAME: | DOB: | PSP: |
|---|---|---|---|---|

**PERCEPTUAL DISTURBANCES: HALLUCINATIONS** ☐ Auditory ☐ Visual ☐ Other
☐ Derealization ☐ Depersonalization ☐ Illusions ☐ Other

None.

**THOUGHT PROCESS:** ☐ Logical ☒ Goal Directed ☒ Evasive ☐ Tangential ☐ Circumstantial ☐ Racing
☐ Blocking ☐ Flight of Ideas ☐ Loose Associations ☐ Incoherent ☐ Rambling ☐ Word Salad ☐ Other

**THOUGHT CONTENT:** ☐ WNL ☐ Ruminations ☐ Obsessions ☐ Compulsions ☐ Phobias ☐ Delusions
☐ Ideas of Reference ☐ Poverty of Thought ☒ SUICIDAL IDEATION ☐ HOMICIDAL IDEATION

Thoughts of suicide - jumping in front of Bart train -
not dashed off from this during incarceration

**INSIGHT:** ☐ WNL ☒ Accepts problem, wants help ☐ **Impaired:** ☐ Denial of problem ☐ Awareness of problem but denying need for help

**JUDGMENT:** ☐ WNL ☒ Impaired ☐ Mild ☒ Moderate ☐ Severe ☐ Other:

**STRENGTHS:** past una tx

**SLEEP:** ☐ WNL ☒ Insomnia ☐ Hypersommia ☐ Restless ☐ Early Morning awakening ☐ Day/Night Reversal

**APPETITE** ☒ WNL ☐ Increased ☐ Decreased ☐ Recent weight gain ☐ Recent weight loss

**LIBIDO:** ☐ WNL ☐ Increased ☐ Decreased    not assessed.

**ASSESSMENT AND DIAGNOSTIC CONSIDERATIONS:**

Pt c depression over job loss, economic loss,
domestic troubles.
Some agitation + insomnia.

**DIAGNOSIS (include DSM-IVR codes):**

AXIS I: ___ Major depression

AXIS II: ___ No personality d/o

AXIS III: **See Medical History Above**

AXIS IV: **PROBLEMS:** ☒ Primary Support Group ☐ Social Environment ☐ Educational ☐ Occupational ☐ Access to Health Care
☒ Economic ☒ Housing ☐ Legal System/Crime ☐ Other Psychosocial/Environmental ☐ Unknown

(axis IV specifics):

AXIS V:    Current GAF: 55    Highest GAF Past Year: 70

SC000030

| PHYSICIAN'S INITIAL EVALUATION | PAGE 4 | NAME: | | DOB: | PSP: |
|---|---|---|---|---|---|

## TARGET SYMPTOMS (Check all that apply and address below in PLAN):

**MOOD DISORDERS:**

DEPRESSION: ☐ Depressed Mood ☐ Anhedonia ☐ Insomnia / Hypersomnia ☐ Low libido ☐ Energy loss ☐ Crying spells ☐ Psychomotor retardation ☐ Agitation   Appetite: ☐ increased ☐ decreased
Weight: ☐ increased ☐ Decreased ☐ Suicidal Ideation ☐ Suicidal plan ☐ Indecision ☐ Concentration decreased ☐ Feelings of worthlessness / guilt ☐ Other:

HYPOMANIA/MANIA: ☐ Elevated mood ☐ Irritable ☐ Grandiose ☐ Risky behavior
☐ Decreased need for sleep ☐ Distractible ☐ Hyperactive ☐ Hyperverbal ☐ Racing thoughts
☐ Excessive anger ☐ Hypersexual behavior ☐ Other:

**ANXIETY DISORDERS:**

☐ Anxiety ☐ Somatic symptoms ☐ Panic attacks ☐ Phobias ☐ Obsessions ☐ Compulsions
☐ Avoidance ☐ Hyperarousal ☐ PTSD flashback ☐ Other:

**PSYCHOTIC DISORDERS:**

☐ Delusions ☐ Hallucinations ☐ Negative symptoms ☐ Disorganized thinking ☐ Other:

**SUBSTANCE ABUSE DISORDERS:**

**OTHER DISORDERS:**

**ESTIMATE OF COMPLIANCE:**

**PLAN** (Interventions, including medications and rationales, lab and other diagnostics ordered, referrals):

Initial intervention was to ____ ____ to ____ that they,
has ____ ____ to ____ ____
____ demand Suicidal ideation
Zyprexa added to regimen to ↓ paranoia
and calm agitation

**MEDICATIONS PRESCRIBED:**

Wellbutrin XR 150 mg BID
Zyprexa 5 mg qHS

**NEXT APPOINTMENT:** 11/29/05
**CPT/INSYST Code:** 99205-T99
**Informed Consent:** Info form(s) given to patient/parent and signed: (Y)/N (reason if no)_____
**Med forms given:** _____
An opportunity was given to ask questions; the patient / parent appears to understand the information on the form – Y/N
**Ability to manage own medications:** Needs no supervision / requires supervision
Physician's signature _____ Date: 11/17/05

SC000031

**Alameda County**
**Department of Behavioral Health Care Services**
                    **-Mental Health Division**

Client Name: _Nelson, William_
Birthdate:
Chart No.:
PSP Client ID No.:

Admit Date:
Reporting Unit:

**Progress Notes**
Mental Health Services

Respond to problems/goals/objectives of treatment plan and signs and symptoms related to diagnosis. Include treatment interventions and address changes in the client's functioning. If there is little progress, include an explanation of the limited progress. Each month the clinician will complete a client stability ranking with justification. Use the stability rating criteria procedure and assign a numeric ranking. Identify the ranking and enclose the number in the box (e.g. Stability Rating [5]). Please sign each narrative with signature and title. Each progress note must include the following headings:

| Date | Amt. of Time | Loc. | Srvc. Type | Prob. No. | |
|---|---|---|---|---|---|
| | | | | | 11/29/05 |
| | | | | | Pt returns in somewhat better shape. |
| | | | | | He denies S.I. at this time, says the |
| | | | | | Wellbutrin may be helping. |
| | | | | | Pt stopped Zyprexa after 9-5 days — |
| | | | | | no effect on sleep. |
| | | | | | Some paranoia presents — thinks wife wants |
| | | | | | to hurt him emotionally, and then |
| | | | | | he thinks she may hurt him physically. |
| | | | | | Pt feels were right when the end of |
| | | | | | his pd has close to his last eternal |
| | | | | | issue entail. |
| | | | | | Wellbutrin 180 mg BID |
| | | | | | ↑ HS Zyprexa to 10 mg q HS |
| | | | | | RTC 2 wks |
| | | | | | |
| | | | | | Major depression |
| | | | | | |
| | | | | | 90817 463    30 min |
| | | | | | _signature_ |

Date:                              Stability Rating [  ]

Amt. of Time: In hours and minutes   Location: Office = 1, Field = 2, Telephone = 3, Home = 4, School Satellite = 5, Satellite = 6:
Service Type:

| 300 | No Show | 331 | Assessment | 361 | Medication Support | 391 | Group Rehabilitation |
|---|---|---|---|---|---|---|---|
| 311 | Collateral | 341 | Individual Therapy | 371 | Crisis Intervention | 571 | Brokerage Services |
| 321 | Evaluation | 351 | Group Therapy | 381 | Individual Rehabilitation | 581 | Plan Development |

For AB3632 services the ending digit for each code is a (2) except for No Show

313-MA11 (1/96)

SC000032

| Date | Amt. of Time | Loc. | Srvc. Type | Prob. No. | |
|------|--------------|------|-----------|-----------|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Date:                    Stability Rating [   ]

SC000033

**Alameda County**
**Department of Behavioral Health Care Services**
**-Mental Health Division**

Client Name: _Nelson, Marvin_
Birthdate:                    Admit Date:
Chart No.:                    Reporting Unit:
PSP Client ID No.:

**Progress Notes**
Mental Health Services

Respond to problems/goals/objectives of treatment plan and signs and symptoms related to diagnosis. Include treatment interventions and address changes in the client's functioning. If there is little progress, include an explanation of the limited progress. Each month the clinician will complete a client stability ranking with justification. Use the stability rating criteria procedure and assign a numeric ranking. Identify the ranking and enclose the number in the box (e.g. Stability Rating [5]). Please sign each narrative with signature and title. Each progress note must include the following headings:

| Date | Amt. of Time | Loc. | Srvc. Type | Prob. No. | 12/15/05 |
|------|------|------|------|------|------|
| | | | | | Still struggling c̄ depression. Says wife was really nice to him on birthday, which was helpful. Pt continues to take Protein course round about finances. |
| | | | | | No ϕ SE'i from Wellbutrin. Found 10 mg of Zyprexa too much ⇒ groggy in am. |
| | | | | | No apparent paranoia |
| | | | | | Plan: ↑ Wellbutrin to 200 mg BID ↓ Zyprexa to 7.5 mg qHS |
| | | | | | RTC 2 weeks. |
| | | | | | Major depression |
| | | | | | 90805-963   30'      [signature] |
| | | | | | |

Date:                    Stability Rating [   ]

Amt. of Time: In hours and minutes   Location: Office = 1, Field = 2, Telephone = 3, Home = 4, School Satellite = 5, Satellite = 6;
Service Type:

| 300 | No Show | 331 | Assessment | 361 | Medication Support | 391 | Group Rehabilitation |
|-----|---------|-----|-----------|-----|--------------------|----|----------------------|
| 311 | Collateral | 341 | Individual Therapy | 371 | Crisis Intervention | 571 | Brokerage Services |
| 321 | Evaluation | 351 | Group Therapy | 381 | Individual Rehabilitation | 581 | Plan Development |

For AB3632 services the ending digit for each code is a (2) except for No Show

313-MA11 (1/96)

SC000034

| Date | Amt. of Time | Loc. | Srvc. Type | Prob. No. | |
|------|--------------|------|-----------|-----------|---|
| | | | | | 12/20/05 *[illegible]* |
| | | | | | |
| | | | | | *[illegible handwritten notes]* |
| | | | | | |
| | | | | | 1/2/06 |
| | | | | | *[illegible]* |
| | | | | | *[illegible]* |
| | | | | | 884 |
| | | | | | 1/19/06  *[illegible]*  884. |

Date:                    Stability Rating [   ]

SC000035

FORM #313-PD-1

UNIT NO.                                  3-71(4M-1)

## ALAMEDA COUNTY HEALTH CARE SERVICES AGENCY
### Mental Health Services Division

## OUTPATIENT DRUG RECORD

PATIENT NAME: _Reeson, Marvin_

DATE OF BIRTH:

PATIENT ADDRESS: _____

| DATE | DRUG - & - SIZE | AMOUNT | INSTRUCTIONS | BY |
|------|-----------------|--------|--------------|-----|
| 11/17/05 | Wellbutrin XR 150mg | 30— | BID | Sw |
|  | Zyprexa 5mg | 15— | T9187 |  |
| 11/29/05 | Wellbutrin XR 150mg | 30— | BID | Sw |
|  | ↑ Zyprexa 10mg | 15— | T9187 | Sw |
| Feb 5/05 | ↑ Wellbutrin XR 200mg | 30 | BID | Sw |
|  | ↓ Zyprexa 7.5mg | 15— | T9187 |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

SC000036

| DATE | DRUG - & - SIZE | AMOUNT | INSTRUCTIONS | BY |
|------|-----------------|--------|--------------|-----|
|      |                 |        |              |     |
|      |                 |        |              |     |
|      |                 |        |              |     |
|      |                 |        |              |     |
|      |                 |        |              |     |
|      |                 |        |              |     |
|      |                 |        |              |     |
|      |                 |        |              |     |
|      |                 |        |              |     |
|      |                 |        |              |     |
|      |                 |        |              |     |
|      |                 |        |              |     |
|      |                 |        |              |     |
|      |                 |        |              |     |
|      |                 |        |              |     |
|      |                 |        |              |     |
|      |                 |        |              |     |
|      |                 |        |              |     |
|      |                 |        |              |     |
|      |                 |        |              |     |
|      |                 |        |              |     |
|      |                 |        |              |     |
|      |                 |        |              |     |
|      |                 |        |              |     |
|      |                 |        |              |     |
|      |                 |        |              |     |
|      |                 |        |              |     |
|      |                 |        |              |     |
|      |                 |        |              |     |
|      |                 |        |              |     |

**Alameda County**
**Department of Behavioral Health Care Services**
**-Mental Health Division**

Client Name: _Nelson, Marion_
Birthdate:
Chart No.:
PSP Client ID No.:

Admit Date:
Reporting Unit:

**Progress Notes**
Mental Health Services

Respond to problems/goals/objectives of treatment plan and signs and symptoms related to diagnosis. Include treatment interventions and address changes in the client's functioning. If there is little progress, include an explanation of the limited progress. Each month the clinician will complete a client stability ranking with justification. Use the stability rating criteria procedure and assign a numeric ranking. Identify the ranking and enclose the number in the box (e.g. Stability Rating [5]). Please sign each narrative with signature and title. Each progress note must include the following headings:

| Date | Amt. of Time | Loc. | Svc. Type | Prob. No. | |
|------|-------------|------|-----------|-----------|---|
| 1/26/06 | | | | | *(handwritten progress note, largely illegible)* |

Date: _____    Stability Rating [   ]

**Amt. of Time:** In hours and minutes  **Location:** Office = 1, Field = 2, Telephone = 3, Home = 4, School Satellite = 5, Satellite = 6:
**Service Type:**

| 300 | No Show | 331 | Assessment | 361 | Medication Support | 391 | Group Rehabilitation |
|-----|---------|-----|-----------|-----|-------------------|-----|---------------------|
| 311 | Collateral | 341 | Individual Therapy | 371 | Crisis Intervention | 571 | Brokerage Services |
| 321 | Evaluation | 351 | Group Therapy | 381 | Individual Rehabilitation | 581 | Plan Development |

For AB3632 services the ending digit for each code is a (2) except for No Show

313-MA11 (1/96)

SC000038

| d | Date | Amt. of Time | Loc. | Svc. Type | Prob. No. | |
|---|------|--------------|------|-----------|-----------|---|

4/16/06 — 1 hr late — not seen (conflict ē
other appt) seen by clinician
                                        SSW

4/21/06. No show                    SSW

4/23/06 *[illegible]*
Consumer *depressed*, Cahill — *crying*
a lot, also ↓ in concentration, *[illegible]*
*[illegible] ē with* → she moved out
*temporarily to stay ē [illegible].*
*Pt dropped out of school, but may
be able to [illegible].*
*[illegible] of [illegible] pt is [illegible].*

*[illegible] by addition of [illegible]*
250 mg [illegible]     (*[illegible] [illegible]*)
500 mg QID
*to ↓ impulsivity, mood lability.*
*Continue [illegible] 200 mg [illegible]*
*RTC 2 weeks*
*labs then.*

*[illegible]-463, 30'*
                        *[signature]*

5/9/06 *[illegible]*
*[illegible] ⊕ from [illegible] — believes, says he may
be concentrating better. No cx S/E's. but still
[illegible] ē [illegible], so not not in as much contact
ē her. no [illegible], no S.I.
lab slip given — [illegible] labs, [illegible]
one — will [illegible] in a week.*
*[illegible] of [illegible] to 500 mg [illegible]*
*Continue [illegible] 200 mg [illegible]*
*RTC 2 weeks*
                        *[signature]*

*[illegible]-463 30'*

Date: _____    Stability Rating [   ]
SC000039

# ALAMEDA COUNTY
**Department of Behavioral Health Care Services**
### Mental Health Services

**Client Name:** Nelson. Marvin

**PSP Client ID No:** 75128642

**Birthdate:** 12/13/59

## Physician's Progress Notes

| Areas to be Addressed Per Each Note: | |
|---|---|
| 1. Date of Service, Face-to-Face and Total Time, Location and Procedure Code | 5. Assessment: Incl. Medication Review of Efficacy, Compliance, Adverse Effects; Lab results, if any |
| 2. Medical Necessity Justification (for continuing treatment) | 6. Plan: Interventions, including prescription changes; labs/other diagnostics ordered |
| 3. Subjective: Client's Chief Complaint that Day (quoted, if possible) | 7. Changes in any Medical Conditions and/or Medications, Substance abuse (if applicable) |
| 4. Objective: Clinical Description/Evaluation of Signs and Symptoms | 8. Diagnostic Codes (ICD-9 or DSM IV to 5th digit)/Signature/ Degree/ Date |

3/23/06

Pt reports some relief with Depakote, and has no c/o side efffects, but continues to feel depressed because of ongoing problems with his wife, and because of the anniversary of losing his job.

Depakote level is 53.0. Abnormal labs are all in the cholesterol/triglycerides panel, where there are significant elevations.

Pt mentioned that he is smoking some mj, and we discussed concerns about pre-employment drug screening, so a urine test was done, which showed positive for no only marijuana but amphetamine and methamphetamine. The pt says he thinks his friend may have "put some in my coffee", but I expressed skepticism about this. If there has been frequent meth use, this could account for pt's lability at times and lack of response to treatment.

At this point, there is nothing further to offer the pt on a crisis level, so he will be referred to IMA for ongoing meds, and he was advised to take an homest look at the role drug abuse may be playing in his depression.

D/C meds: Depakote 500 mg BID, Wellbutrin SR 200 mg BID.

D/C dx: Bipolar II, depressed; polysubstance abuse, intermittent; personality diosorder NOS

90805-463, 30 min

*S.S. Hague* (signature)

S.S. Hague, MD

Nelson. Marvin

Quest
Diagnostics
San Jose, CA 95133

| | | |
|---|---|---|
| 887 Mabury Road | 1 (408) 288-8000 | 3714 Northgate Blvd. | 1 (916) 927-9000 |
| 1 (800) 288-8008 | | Sacramento, CA 95834 | 1 (800) 952-5691 |

**Client** 59244      210

Pt Name:
**NELSON, MARVIN**
46,12/13/1959
DOB: M    **FASTING**
PT PHONE #: 888-9232
CHART #: 75128642

**HAGUE, STEPHEN MD**

15750 FOOTHILL BLVD
SAN LEANDRO, CA  94578

**HAGUE, STEPHEN MD**
510-667-4901

Accession No.
**K8968497**

Collected:   03/21/06 08:15
Collected:   03/21/06 17:50
Received:   03/22/06 09:00
Reported:
Re-reported:    **FINAL**    1
Report Status: 03/22/06 09:00

Requisition #: 73674,16,480

| | In Range | Out of Range | | Reference | Units | PS |
|---|---|---|---|---|---|---|
| **CBC/PLATELETS** | | | | | | |
| WHITE CELL COUNT | 5.7 | | | 3.8-10.8 | thous/uL | SJ |
| RED CELL COUNT | 4.49 | | | 4.20-5.80 | Million/uL | SJ |
| HEMOGLOBIN | 14.8 | | | 13.2-17.1 | g/dL | SJ |
| HEMATOCRIT | 43.3 | | | 38.5-50.0 | % | SJ |
| MCV | 97 | | | 80.0-100.0 | fL | SJ |
| MCH | 33.0 | | | 27.0-33.0 | pg | SJ |
| MCHC | 34.2 | | | 32.0-36.0 | g/dL | SJ |
| RDW | 12.9 | | | 11.0-15.0 | % | SJ |
| PLATELET COUNT | 207 | | | 140-400 | thous/uL | SJ |
| MPV | 8.4 | | | 7.5-11.5 | fL | SJ |
| NEUTROPHILS | 56 | | | 40-75 | % | SJ |
| LYMPHOCYTES | 30 | | | 20-45 | % | SJ |
| MONOCYTES | 7 | | | 0-12 | % | SJ |
| EOSINOPHILS | | 7 | H | 0-6 | % | SJ |
| BASOPHILS | 1 | | | 0-2 | % | SJ |
| ABSOLUTE NEUTROPHIL | 3.20 | | | 1.50-7.80 | thous/uL | SJ |
| ABSOLUTE LYMPHOCYTE | 1.70 | | | 0.85-3.90 | thous/uL | SJ |
| ABSOLUTE MONOCYTES | 0.40 | | | 0.20-0.95 | thous/uL | SJ |
| ABSOLUTE EOSINOPHIL | 0.400 | | | 0.015-0.550 | thous/uL | |
| ABSOLUTE BASOPHIL | 0.100 | | | 0.000-0.200 | thous/uL | |
| **HEPATIC FUNCTION** | | | | | | |
| **HEPATIC FUNCTION** | | | | | | |
| PROTEIN, TOTAL | 6.9 | | | 6.0-8.3 | g/dL | SJ |
| ALBUMIN | 4.8 | | | 3.5-4.9 | g/dL | SJ |
| GLOBULIN | 2.1 | | | 2.0-3.9 | g/dL | SJ |
| A/G RATIO | 2.3 | | | 1.0-2.5 | ratio | SJ |
| BILIRUBIN, TOTAL | 0.4 | | | 0.2-1.5 | mg/dL | SJ |
| BILIRUBIN, DIRECT | 0.2 | | | 0.0-0.3 | mg/dL | SJ |
| BILIRUBIN, INDIRECT | 0.2 | | | < 1.1 | mg/dL | SJ |
| ALKALINE PHOSPHATASE | 67 | | | 20-125 | U/L | SJ |
| AST (SGOT) | 14 | | | 3-50 | U/L | SJ |
| ALT (SGPT) | 16 | | | 3-60 | U/L | SJ |

A handwritten non-specific test order was received.  If this is not
what you intended to order, please contact your local client service
representative immediately so that we can adjust our billing
appropriately.  You may also inquire about alternative or additional
testing.

| | In Range | Out of Range | | Reference | Units | PS |
|---|---|---|---|---|---|---|
| **PIDS** | | | | | | |
| **LIPID PROFILE** | | | | | | |
| CHOLESTEROL | | 270 | H | <200 | mg/dL | SJ |
| TRIGLYCERIDES | | 212 | H | <150 | mg/dL | SJ |
| VLDL CHOLESTEROL | | 42 | H | 5-35 | mg/dL | SJ |

REPORT CONTINUED ON NEXT PAGE / LEGEND ON LAST PAGE

8968497    NELSON, MARVIN

80295 REV. 03/03 3C2K - 129497

Quest
Diagnostics   967 Mabury Road      1 (408) 288-9850      3714 Northgate Blvd.      1 (916) 927-9900   CONTINUED REPORT
              San Jose, CA 95133     1 (408) 288-8008      Sacramento, CA 95834     1 (800) 288-8006

Name: **NELSON, MARVIN**                Client: **HAGUE, STEPHEN MD**   210        Accession No. **K8968497**
      46, 12/13/1959                                                               Collected:   03/21/06 08:15
DOB:  M        FASTING          15750 FOOTHILL BLVD                                            03/21/06 17:50
T PHONE #: 888-9232             SAN LEANDRO, CA  94578                              Received:   03/22/06 09:00
CHART #: 75128642                                                                  Reported:
                                **HAGUE, STEPHEN MD**                               Re-reported:       **FINAL**    2
                                510-667-4901                                        Report Status: 03/22/06  09:00
                                                                                   Reprinted:

| | In Range | Out of Range | Reference | Units | PS |
|---|---|---|---|---|---|
| LDL CHOLESTEROL (CALC) | | **186**       H | <130 | mg/dL | SJ |

             RISK CATEGORY                              LDL-CHOLESTEROL GOAL

       VERY HIGH (E.G., DIABETES + CVD)                    <70 mg/dL
       HIGH (DIABETICS; CHD RISK EQUIVALENTS)             <100 mg/dL
       MODERATELY HIGH                                    <130 mg/dL
          (MULTIPLE (2+) RISK FACTORS)
       0 TO 1 RISK FACTORS                                <160 mg/dL

       *NCEP REPORT. CIRCULATION 2004;110:227-239.

| | In Range | Out of Range | Reference | Units | PS |
|---|---|---|---|---|---|
| HDL CHOLESTEROL | 42 | | >40 | mg/dL | SJ |
| CHOLESTEROL/HDL RATIO | | 6.4       H | <4.4 | ratio | SJ |
| **THERAPEUTIC DRUG** | | | | | |
| VALPROIC ACID | 53.0 | | 50.0-100.0 | mcg/mL | SJ |
| **ENDOCRINOLOGY** | | | | | |
| TSH, 3RD GENERATION | | | | | |
| TSH | 2.13 | | 0.40-5.50 | uIU/L | SJ |

PERFORMING SITE
- - - - - - - - - - - - - - -
 SJ - Quest Diagnostics, 967 Mabury Road, San Jose, CA  95133
      James E. Fitzwater, M.D., (800) 288-9850

                    LAST PAGE OF REPORT

68497     NELSON, MARVIN

SC000042
80295 Rev. 3/04 SC2K - 129497