

# EAST BAY COMMUNITY RECOVERY PROJECT

**MAILING ADDRESS:**
2551 SAN PABLO AVE.
OAKLAND, CA 94612

*Administration*
2579 San Pablo Ave.
Oakland, CA 94612
540.446.7100 Main
510.446.7191 Fax

**SERVICE SITES:**
*Health Services*
2551 San Pablo Ave.
Suite 222
Oakland, CA 94612
510.446.7120 Main
510.268.0550 Fax

*Hayward Outpatient Services*
22971 Sutro Street #A
Hayward, CA 94541
510.728.8600 Main
510.728.8605 Fax

*Outpatient Day Treatment and Criminal Justice Programs*
2577 San Pablo Ave.
Oakland, CA 94612
510.446.7180 Main
510.832.0609 Fax

*Residential Services Project Pride*
2551 San Pablo Ave.
Suite 223
Oakland, CA 94612
510.446.7150 Main
510.832.0626 Fax

www.ebcrp.org

July 3rd, 2008

To Whom It May Concern,

I am writing on behalf of Mr. Marvin Nelson whom I have been seeing for individual mental health counseling sessions since May of 2008. Although we have only met for a total of eight sessions, I feel that I have come to know enough about Mr. Nelson and his background, to speak about his current mental health status, his character, and about his plans for his future. Mr. Nelson has also been seeing a psychiatrist, Dr. David Cohn, at this agency.

Mr. Nelson has been diagnosed by Dr. Cohn with Recurrent Major Depression and Post Traumatic Stress Disorder. The main focus of treatment has been Mr. Nelson's symptoms of depression and anxiety. The past few months have been a difficult time for Mr. Nelson, partly because of the uncertainty of his future. He has been severely depressed and has exhibited frequent suicidal ideation. However, with proper treatment and medication, Mr. Nelson's mental health has been improving over the past two months.

It is my opinion that with continued treatment Mr. Nelson will again be a productive member of society. He possesses several skills and talents that make him employable. Also, he has a strong desire to be self-sufficient and to financially provide for himself and his wife. However, I do believe that proper mental health treatment and support will be crucial to Mr. Nelson's future success.

Although I am very confident that Mr. Nelson can return to prior levels of productivity, I am also concerned because he faces an uncertain future. I do not know what the legal parameters are. Given Mr. Nelson's severe depression and Post Traumatic Stress Disorder stemming from an extensive history of abuse I have no doubt that any length of incarceration would be harmful to Mr. Nelson's mental health and emotional well-being, and I strongly recommend continued mental health treatment.

I sincerely hope that Mr. Nelson will be given a chance to prove that he can overcome his depression and to demonstrate that he possesses the necessary intelligence, skills, and determination to be successful in life and to be a productive citizen in his community.

Please feel free to contact me should you have any further questions.

_____
Tanja Alvarez, M.A.