Fax For Ms. Joyce Leavitt

510.637.3507.

July 2, 2008

To whom it may concern:

My name is Christopher Bolo. I have known Marvin Nelson for close to twelve years. During this time I have known him to be a man of his word. He does what he promises. He is a dependable friend who has gone out of his way on numerous occasions to help me and others get out of a bind. Marvin is a man one can count on and I know he will be present whenever a helping hand is needed.

Please feel free to contact me if you have any questions or concerns.   510.490.2374

Sincerely,

Christopher Bolo