UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Raynee Mercado
**Date:** 7/9/08

FILED
JUL 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Plaintiff:** United States

**v.**                                                **No.** CR-07-00364 CW

**Defendant:** Marvin Nelson (present)


**Appearances for Plaintiff:**
Chinhayi Coleman

**Appearances for Defendant:**
Joyce Leavitt

**Probation Officer:**
Chris Carrubba


**Hearing:  Sentencing**

**Notes:**    Defendant and counsel have read PSR; no factual disputes. Court finds Offense Level 13, Criminal History II, leading to a Guideline Range of 15-21 months.  Court sentences the defendant to 5 years probation under the usual terms and conditions and the special conditions as set forth in the PSR except the defendant to serve 12 months in a community confinement center to start NLT 9/2/08 to be followed by 3 months home confinement with location monitoring (P/O can waive fees based on financial circumstances).  No fine imposed due to lack of ability to pay a fine and amount of restitution imposed. Defendant to pay $100 special assessment which is due immediately; if unable to pay immediately, the first payment upon release from halfway house will go towards the special assessment.  Defendant to pay $132,968.68 restitution (less any amount already paid) at the rate of $100 per month upon release from halfway house.  Any remaining counts are dismissed.  See J&c for details.

Copies to: Chambers